David A. Kettel, Esq. (State Bar No. 125745)
THEODORA ORINGHER PC
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009
Facsimile: (310) 551-0283
Email: dkettel@tocounsel.com

Attorneys for Claimant BOARD OF
MANAGERS OF THE WALKER
TOWER CONDOMINIUM, aka
RESIDENTIAL SECTION OF THE
WALKER TOWER CONDOMINIUM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED IN NEW YORK, NEW YORK,<br><br>Defendant.<br><br>BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM, aka RESIDENTIAL SECTION OF THE WALKER TOWER CONDOMINIUM,<br><br>Claimant. | Case No. CV-16-5376-DSF-PLA<br><br>**STATEMENT IDENTIFYING RIGHT OR INTEREST OF CLAIMANT BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM, aka RESIDENTIAL SECTION OF THE WALKER TOWER CONDOMINIUM**<br><br>Action Filed:   July 20, 2016 |

   Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Claimant BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM, aka RESIDENTIAL SECTION OF THE WALKER TOWER CONDOMINIUM hereby makes this claim to the defendant real property and improvements described in the Complaint in this action.

Claimant's status is that of Lien Claimant in the defendant real property.

DATED: September 30, 2016        THEODORA ORINGHER PC

By: /s/ David A. Kettel
    David A. Kettel
    Attorneys for Claimant BOARD MANAGERS OF THE WALKER TOWER CONDOMINIUM, aka RESIDENTIAL SECTION OF THE WALKER TOWER CONOMINIUM

## VERIFICATION

I have read the foregoing Statement Identifying Right or Interest and know its contents.

I am President of the Board of Managers of the Walker Tower Condominium, aka Residential Section of the Walker Tower Condominium. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on September 28, 2016, at New York, New York.



PENELOPE MARZULLI