Peter N. Villar, Bar No. 204038
TROUTMAN SANDERS LLP
peter.villar@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Sharie A. Brown, *Pro Hac Vice Pending*
sharie.brown@troutmansanders.com
TROUTMAN SANDERS LLP
401 9th Street, N. W. Suite 1000
Washington, D.C. 20004-2134
Telephone: 202.274.2950
Facsimile: 202.274.2994

Attorneys for Claimants
212 West 18th Street LLC, Atlantic Property Trust, and Guardian Ad Litem for Minor Children Beneficiaries

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REAL PROPERTY LOCATED IN NEW YORK, NEW YORK, <br><br> Defendant. <br><br> 212 WEST 18TH STREET LLC, <br><br> Titleholder. | Case No. 2:16-CV-05376-DSF-PLA <br><br> Honorable Dale S. Fischer <br><br> **VERIFIED CLAIM OF 212 WEST 18TH STREET LLC, ATLANTIC PROPERTY TRUST, AND GUARDIAN AD LITEM FOR MINOR CHILDREN BENEFICIARIES** |

29147250

VERIFIED CLAIM OF 212 WEST 18TH STREET LLC, ATLANTIC PROPERTY TRUST, AND GUARDIAN AD LITEM FOR MINOR CHILDREN BENEFICIARIES

Claimants 212 West 18th Street LLC, Atlantic Property Trust, and Guardian Ad Litem for Minor Children Beneficiaries, by and through their counsel of record, respectfully submit this verified claim under penalty of perjury, in accordance with Rule G(5)(a)(i) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

1. Claimant 212 West 18th Street LLC is a limited liability company organized under the laws of the State of Delaware. It is the titleholder and owns 100% of the condominium unit comprising the penthouse of the building located at 212 West 18th Street, New York, New York, 10011 (the "Defendant Property"), and is further described in Attachment A to the Verified Complaint for Forfeiture *In Rem*.

2. Claimant Atlantic Property Trust, formerly known as The Al Qubaisi Walker Tower Trust created on December 15, 2013 (the "Trust"), is the sole member of 212 West 18th Street LLC, a Delaware Limited Liability Company.

3. Claimant S.A.K.A. is the Manager of 212 West 18th Street LLC and the Trustee of the Trust and asserts this claim on their behalf.

4. In addition to serving as the Manager and Trustee, Claimant S.A.K.A. asserts a claim as the legal guardian (guardian ad litem) of Mo.Q., Ab.Q., Al.Q., and Ma.Q., who are minor beneficiaries of the Trust and beneficial owners of the Defendant Property.[1]

5. The Trust is governed by Delaware Law. Thus, S.A.K.A., as the legal guardian of the Minor Beneficiaries, also has the statutory authority to represent their interests pursuant to 12 Del. C. §3547(c).

---

[1] Pursuant to Fed. R. Civ. P. 5.2 and Local Rule 5.2-1, the minors' initials have been used for purposes of this claim. In addition, consistent with the goals of Rule 5.2 and L.R. 5.2-1, the legal guardian's initials have been used to protect the identity of the children, as was done in the joint Stipulation dated September 9, 2016 and filed by the parties (Doc. 14) on September 12, 2016.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

6. By Stipulation dated September 9, 2016 and filed September 12, 2016 with the Court (Doc. 14), S.A.K.A. was provided an extension to respond to the complaint through October 7, 2016.

Therefore, for each of the reasons stated above, Claimants each have an interest in the Defendant Property and respectfully contest the forfeiture.

Dated: October 7, 2016

TROUTMAN SANDERS LLP

By: /s/ Peter N. Villar
Peter N. Villar
Sharie A. Brown

Attorneys for Claimants
212 West 18th Street LLC, Atlantic Property Trust, and Guardian Ad Litem for Minor Children Beneficiaries

# VERIFICATION

I, S.A.K.A., am the Manager of 212 West 18th Street LLC, the Trustee of the Atlantic Property Trust, and the legal guardian of the minor children beneficiaries of the Trust. I hereby verify and declare under penalty of perjury under the laws of the United States of America that I have read the foregoing Verified Claim and know the contents thereof, and that the matters contained in the Verified Claim are true to the best of my knowledge and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7 day of October, 2016.

_____
S.A.K.A. as Manager of 212 West 18th Street LLC, Trustee of Atlantic Property Trust, and Guardian Ad Litem for Minor Children Beneficiaries

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545