1  David A. Kettel, Esq. (State Bar No. 125745)
   THEODORA ORINGHER PC
2  1840 Century Park East, Suite 500
   Los Angeles, California 90067-2120
3  Telephone: (310) 557-2009
   Facsimile: (310) 551-0283
4  Email: dkettel@tocounsel.com

5  Attorneys for Claimant BOARD OF
   MANAGERS OF THE WALKER
6  TOWER CONDOMINIUM, aka
   RESIDENTIAL SECTION OF THE
7  WALKER TOWER CONDOMINIUM

8

9              UNITED STATES DISTRICT COURT

10    CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

11

12  UNITED STATES OF AMERICA,        Case No. CV-16-5376-DSF-PLA

13              Plaintiff,           **CLAIMANT BOARD OF**
                                     **MANAGERS OF THE WALKER**
14        vs.                        **TOWER CONDOMINIUM, aka**
                                     **RESIDENTIAL SECTION OF THE**
15  REAL PROPERTY LOCATED IN         **WALKER TOWER**
    NEW YORK, NEW YORK,              **CONDOMINIUM'S ANSWER TO**
16                                   **VERIFIED COMPLAINT FOR**
              Defendant.             **FORFEITURE *IN REM***
17
                                     **DEMAND FOR TRIAL BY JURY**
18  BOARD OF MANAGERS OF THE
    WALKER TOWER CONDOMINIUM,
19  aka RESIDENTIAL SECTION OF       Action Filed:   July 20, 2016
    THE WALKER TOWER
20  CONDOMINIUM,

21              Lien Claimant.

22

23        Claimant BOARD OF MANAGERS OF THE WALKER TOWER

24  CONDOMINIUM, aka RESIDENTIAL SECTION OF THE WALKER TOWER

25  CONDOMINIUM (hereinafter "Claimant), for its claim to defendant REAL

26  PROPERTY LOCATED IN NEW YORK, NEW YORK (hereinafter "Defendant

27  Asset"), hereby answers the Verified Complaint for Forfeiture *In Rem* as follows:

28

THEODORA ORINGHER
COUNSELORS AT LAW

1.      Claimant admits the allegations contained in Paragraph 1.

2.      Claimant admits the allegations contained in Paragraph 2.

3.      Claimant admits the allegations contained in Paragraph 3.

4.      Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 4, parts a through q, are true and on this basis, Claimant denies the allegations contained in Paragraph 4, parts a through q.

5.      Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 5 are true and on this basis, Claimant denies the allegations contained in Paragraph 5.

6.      Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 6 are true and on this basis, Claimant denies the allegations contained in Paragraph 6.

7.      Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 7 are true and on this basis, Claimant denies the allegations contained in Paragraph 7.

8.      Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 8 are true and on this basis, Claimant denies the allegations contained in Paragraph 8.

9.      Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 9 are true and on this basis, Claimant denies the allegations contained in Paragraph 9.

10.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 10 are true and on this basis, Claimant denies the allegations contained in Paragraph 10.

11.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 11 are true and on this basis, Claimant denies the allegations contained in Paragraph 11.

12.     Claimant lacks sufficient information to form a belief as to whether the

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

1    allegations contained in Paragraph 12 are true and on this basis, Claimant denies the

2    allegations contained in Paragraph 12.

3          13.    Claimant lacks sufficient information to form a belief as to whether the

4    allegations contained in Paragraph 13 are true and on this basis, Claimant denies the

5    allegations contained in Paragraph 13.

6          14.    The allegations stated in Paragraph 14 state a legal conclusion and no

7    response is required.  To the extent a response is required, Claimant admits the

8    allegations contained therein.

9          15.    The allegations stated in Paragraph 15 state a legal conclusion and no

10   response is required.  To the extent a response is required, Claimant admits the

11   allegations contained therein.

12         16.    The allegations stated in Paragraph 16 state a legal conclusion and no

13   response is required.  To the extent a response is required, Claimant admits the

14   allegations contained therein.

15         17.    Claimant lacks sufficient information to form a belief as to whether the

16   allegations contained in Paragraph 17 are true and on this basis, Claimant denies the

17   allegations contained in Paragraph 17.

18         18.    Claimant lacks sufficient information to form a belief as to whether the

19   allegations contained in Paragraph 18 are true and on this basis, Claimant denies the

20   allegations contained in Paragraph 18.

21         19.    Claimant lacks sufficient information to form a belief as to whether the

22   allegations contained in Paragraph 19 are true and on this basis, Claimant denies the

23   allegations contained in Paragraph 19.

24         20.    Claimant lacks sufficient information to form a belief as to whether the

25   allegations contained in Paragraph 20 are true and on this basis, Claimant denies the

26   allegations contained in Paragraph 20.

27         21.    Claimant lacks sufficient information to form a belief as to whether the

28   allegations contained in Paragraph 21 are true and on this basis, Claimant denies the

1  allegations contained in Paragraph 21.

2       22.    Claimant lacks sufficient information to form a belief as to whether the

3  allegations contained in Paragraph 22 are true and on this basis, Claimant denies the

4  allegations contained in Paragraph 22.

5       23.    Claimant lacks sufficient information to form a belief as to whether the

6  allegations contained in Paragraph 23 are true and on this basis, Claimant denies the

7  allegations contained in Paragraph 23.

8       24.    Claimant lacks sufficient information to form a belief as to whether the

9  allegations contained in Paragraph 24 are true and on this basis, Claimant denies the

10  allegations contained in Paragraph 24.

11       25.    Claimant lacks sufficient information to form a belief as to whether the

12  allegations contained in Paragraph 25 are true and on this basis, Claimant denies the

13  allegations contained in Paragraph 25.

14       26.    Claimant lacks sufficient information to form a belief as to whether the

15  allegations contained in Paragraph 26 are true and on this basis, Claimant denies the

16  allegations contained in Paragraph 26.

17       27.    Claimant lacks sufficient information to form a belief as to whether the

18  allegations contained in Paragraph 27 are true and on this basis, Claimant denies the

19  allegations contained in Paragraph 27.

20       28.    Claimant lacks sufficient information to form a belief as to whether the

21  allegations contained in Paragraph 28 are true and on this basis, Claimant denies the

22  allegations contained in Paragraph 28.

23       29.    Claimant lacks sufficient information to form a belief as to whether the

24  allegations contained in Paragraph 29 are true and on this basis, Claimant denies the

25  allegations contained in Paragraph 29.

26       30.    Claimant lacks sufficient information to form a belief as to whether the

27  allegations contained in Paragraph 30 are true and on this basis, Claimant denies the

28  allegations contained in Paragraph 30.

31.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 31 are true and on this basis, Claimant denies the allegations contained in Paragraph 31.

32.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 32 are true and on this basis, Claimant denies the allegations contained in Paragraph 32.

33.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 33 are true and on this basis, Claimant denies the allegations contained in Paragraph 33.

34.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 34 are true and on this basis, Claimant denies the allegations contained in Paragraph 34.

35.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 35 are true and on this basis, Claimant denies the allegations contained in Paragraph 35.

36.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 36 are true and on this basis, Claimant denies the allegations contained in Paragraph 36.

37.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 37 are true and on this basis, Claimant denies the allegations contained in Paragraph 37.

38.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 38 are true and on this basis, Claimant denies the allegations contained in Paragraph 38.

39.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 39 are true and on this basis, Claimant denies the allegations contained in Paragraph 39.

40.     Claimant lacks sufficient information to form a belief as to whether the

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

allegations contained in Paragraph 40 are true and on this basis, Claimant denies the allegations contained in Paragraph 40.

41.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 41 are true and on this basis, Claimant denies the allegations contained in Paragraph 41.

42.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 42 are true and on this basis, Claimant denies the allegations contained in Paragraph 42.

43.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 43 are true and on this basis, Claimant denies the allegations contained in Paragraph 43.

44.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 44 are true and on this basis, Claimant denies the allegations contained in Paragraph 44.

45.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 45 are true and on this basis, Claimant denies the allegations contained in Paragraph 45.

46.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 46 are true and on this basis, Claimant denies the allegations contained in Paragraph 46.

47.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 47 are true and on this basis, Claimant denies the allegations contained in Paragraph 47.

48.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 48 are true and on this basis, Claimant denies the allegations contained in Paragraph 48.

49.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 49 are true and on this basis, Claimant denies the

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

1   allegations contained in Paragraph 49.

2        50.     Claimant lacks sufficient information to form a belief as to whether the

3   allegations contained in Paragraph 50 are true and on this basis, Claimant denies the

4   allegations contained in Paragraph 50.

5        51.     Claimant lacks sufficient information to form a belief as to whether the

6   allegations contained in Paragraph 51 are true and on this basis, Claimant denies the

7   allegations contained in Paragraph 51.

8        52.     Claimant lacks sufficient information to form a belief as to whether the

9   allegations contained in Paragraph 52 are true and on this basis, Claimant denies the

10  allegations contained in Paragraph 52.

11       53.     Claimant lacks sufficient information to form a belief as to whether the

12  allegations contained in Paragraph 53 are true and on this basis, Claimant denies the

13  allegations contained in Paragraph 53.

14       54.     Claimant lacks sufficient information to form a belief as to whether the

15  allegations contained in Paragraph 54 are true and on this basis, Claimant denies the

16  allegations contained in Paragraph 54.

17       55.     Claimant lacks sufficient information to form a belief as to whether the

18  allegations contained in Paragraph 55 are true and on this basis, Claimant denies the

19  allegations contained in Paragraph 55.

20       56.     Claimant lacks sufficient information to form a belief as to whether the

21  allegations contained in Paragraph 56, parts a through e, are true and on this basis,

22  Claimant denies the allegations contained in Paragraph 56, parts a through e.

23       57.     Claimant lacks sufficient information to form a belief as to whether the

24  allegations contained in Paragraph 57 are true and on this basis, Claimant denies the

25  allegations contained in Paragraph 57.

26       58.     Claimant lacks sufficient information to form a belief as to whether the

27  allegations contained in Paragraph 58 are true and on this basis, Claimant denies the

28  allegations contained in Paragraph 58.

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

59.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 59 are true and on this basis, Claimant denies the allegations contained in Paragraph 59.

60.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 60 are true and on this basis, Claimant denies the allegations contained in Paragraph 60.

61.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 61 are true and on this basis, Claimant denies the allegations contained in Paragraph 61.

62.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 62 are true and on this basis, Claimant denies the allegations contained in Paragraph 62.

63.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 63 are true and on this basis, Claimant denies the allegations contained in Paragraph 63.

64.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 64 are true and on this basis, Claimant denies the allegations contained in Paragraph 64.

65.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 65 are true and on this basis, Claimant denies the allegations contained in Paragraph 65.

66.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 66 are true and on this basis, Claimant denies the allegations contained in Paragraph 66.

67.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 67 are true and on this basis, Claimant denies the allegations contained in Paragraph 67.

68.     Claimant lacks sufficient information to form a belief as to whether the

allegations contained in Paragraph 68 are true and on this basis, Claimant denies the allegations contained in Paragraph 68.

69.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 69 are true and on this basis, Claimant denies the allegations contained in Paragraph 69.

70.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 70 are true and on this basis, Claimant denies the allegations contained in Paragraph 70.

71.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 71 are true and on this basis, Claimant denies the allegations contained in Paragraph 71.

72.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 72 are true and on this basis, Claimant denies the allegations contained in Paragraph 72.

73.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 73 are true and on this basis, Claimant denies the allegations contained in Paragraph 73.

74.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 74 are true and on this basis, Claimant denies the allegations contained in Paragraph 74.

75.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 75 are true and on this basis, Claimant denies the allegations contained in Paragraph 75.

76.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 76 are true and on this basis, Claimant denies the allegations contained in Paragraph 76.

77.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 77 are true and on this basis, Claimant denies the

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

1   allegations contained in Paragraph 77.

2       78.    Claimant lacks sufficient information to form a belief as to whether the

3   allegations contained in Paragraph 78 are true and on this basis, Claimant denies the

4   allegations contained in Paragraph 78.

5       79.    Claimant lacks sufficient information to form a belief as to whether the

6   allegations contained in Paragraph 79 are true and on this basis, Claimant denies the

7   allegations contained in Paragraph 79.

8       80.    Claimant lacks sufficient information to form a belief as to whether the

9   allegations contained in Paragraph 80 are true and on this basis, Claimant denies the

10  allegations contained in Paragraph 80.

11      81.    Claimant lacks sufficient information to form a belief as to whether the

12  allegations contained in Paragraph 81 are true and on this basis, Claimant denies the

13  allegations contained in Paragraph 81.

14      82.    Claimant lacks sufficient information to form a belief as to whether the

15  allegations contained in Paragraph 82 are true and on this basis, Claimant denies the

16  allegations contained in Paragraph 82.

17      83.    Claimant lacks sufficient information to form a belief as to whether the

18  allegations contained in Paragraph 83, parts a through d, are true and on this basis,

19  Claimant denies the allegations contained in Paragraph 83, parts a through d.

20      84.    Claimant lacks sufficient information to form a belief as to whether the

21  allegations contained in Paragraph 84 are true and on this basis, Claimant denies the

22  allegations contained in Paragraph 84.

23      85.    Claimant lacks sufficient information to form a belief as to whether the

24  allegations contained in Paragraph 85 are true and on this basis, Claimant denies the

25  allegations contained in Paragraph 85.

26      86.    Claimant lacks sufficient information to form a belief as to whether the

27  allegations contained in Paragraph 86 are true and on this basis, Claimant denies the

28  allegations contained in Paragraph 86.

THEODORA ORINGHER
COUNSELORS AT LAW

87.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 87 are true and on this basis, Claimant denies the allegations contained in Paragraph 87.

88.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 88 are true and on this basis, Claimant denies the allegations contained in Paragraph 88.

89.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 89 are true and on this basis, Claimant denies the allegations contained in Paragraph 89.

90.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 90 are true and on this basis, Claimant denies the allegations contained in Paragraph 90.

91.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 91 are true and on this basis, Claimant denies the allegations contained in Paragraph 91.

92.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 92 are true and on this basis, Claimant denies the allegations contained in Paragraph 92.

93.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 93 are true and on this basis, Claimant denies the allegations contained in Paragraph 93.

94.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 94 are true and on this basis, Claimant denies the allegations contained in Paragraph 94.

95.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 95 are true and on this basis, Claimant denies the allegations contained in Paragraph 95.

96.     Claimant lacks sufficient information to form a belief as to whether the

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

allegations contained in Paragraph 96 are true and on this basis, Claimant denies the allegations contained in Paragraph 96.

97.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 97 are true and on this basis, Claimant denies the allegations contained in Paragraph 97.

98.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 98 are true and on this basis, Claimant denies the allegations contained in Paragraph 98.

99.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 99 are true and on this basis, Claimant denies the allegations contained in Paragraph 99.

100.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 100 are true and on this basis, Claimant denies the allegations contained in Paragraph 100.

101.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 101 are true and on this basis, Claimant denies the allegations contained in Paragraph 101.

102.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 102 are true and on this basis, Claimant denies the allegations contained in Paragraph 102.

103.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 103 are true and on this basis, Claimant denies the allegations contained in Paragraph 103.

104.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 104 are true and on this basis, Claimant denies the allegations contained in Paragraph 104.

105.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 105 are true and on this basis, Claimant denies

1   the allegations contained in Paragraph 105.

2       106.   Claimant lacks sufficient information to form a belief as to whether the

3   allegations contained in Paragraph 106 are true and on this basis, Claimant denies

4   the allegations contained in Paragraph 106.

5       107.   Claimant lacks sufficient information to form a belief as to whether the

6   allegations contained in Paragraph 107 are true and on this basis, Claimant denies

7   the allegations contained in Paragraph 107.

8       108.   Claimant lacks sufficient information to form a belief as to whether the

9   allegations contained in Paragraph 108 are true and on this basis, Claimant denies

10  the allegations contained in Paragraph 108.

11      109.   Claimant lacks sufficient information to form a belief as to whether the

12  allegations contained in Paragraph 109 are true and on this basis, Claimant denies

13  the allegations contained in Paragraph 109.

14      110.   Claimant lacks sufficient information to form a belief as to whether the

15  allegations contained in Paragraph 110 are true and on this basis, Claimant denies

16  the allegations contained in Paragraph 110.

17      111.   Claimant lacks sufficient information to form a belief as to whether the

18  allegations contained in Paragraph 111 are true and on this basis, Claimant denies

19  the allegations contained in Paragraph 111.

20      112.   Claimant lacks sufficient information to form a belief as to whether the

21  allegations contained in Paragraph 112 are true and on this basis, Claimant denies

22  the allegations contained in Paragraph 112.

23      113.   Claimant lacks sufficient information to form a belief as to whether the

24  allegations contained in Paragraph 113 are true and on this basis, Claimant denies

25  the allegations contained in Paragraph 113.

26      114.   Claimant lacks sufficient information to form a belief as to whether the

27  allegations contained in Paragraph 114 are true and on this basis, Claimant denies

28  the allegations contained in Paragraph 114.

THEODORA ORINGHER
COUNSELORS AT LAW

115.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 115 are true and on this basis, Claimant denies the allegations contained in Paragraph 115.

116.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 116 are true and on this basis, Claimant denies the allegations contained in Paragraph 116.

117.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 117 are true and on this basis, Claimant denies the allegations contained in Paragraph 117.

118.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 118 are true and on this basis, Claimant denies the allegations contained in Paragraph 118.

119.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 119 are true and on this basis, Claimant denies the allegations contained in Paragraph 119.

120.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 120 are true and on this basis, Claimant denies the allegations contained in Paragraph 120.

121.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 121 are true and on this basis, Claimant denies the allegations contained in Paragraph 121.

122.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 122 are true and on this basis, Claimant denies the allegations contained in Paragraph 122.

123.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 123 are true and on this basis, Claimant denies the allegations contained in Paragraph 123.

124.   Claimant lacks sufficient information to form a belief as to whether the

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

allegations contained in Paragraph 124 are true and on this basis, Claimant denies the allegations contained in Paragraph 124.

125.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 125 are true and on this basis, Claimant denies the allegations contained in Paragraph 125.

126.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 126 are true and on this basis, Claimant denies the allegations contained in Paragraph 126.

127.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 127 are true and on this basis, Claimant denies the allegations contained in Paragraph 127.

128.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 128 are true and on this basis, Claimant denies the allegations contained in Paragraph 128.

129.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 129 are true and on this basis, Claimant denies the allegations contained in Paragraph 129.

130.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 130 are true and on this basis, Claimant denies the allegations contained in Paragraph 130.

131.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 131 are true and on this basis, Claimant denies the allegations contained in Paragraph 131.

132.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 132 are true and on this basis, Claimant denies the allegations contained in Paragraph 132.

133.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 133 are true and on this basis, Claimant denies

1   the allegations contained in Paragraph 133.

2       134.   Claimant lacks sufficient information to form a belief as to whether the

3   allegations contained in Paragraph 134 are true and on this basis, Claimant denies

4   the allegations contained in Paragraph 134.

5       135.   Claimant lacks sufficient information to form a belief as to whether the

6   allegations contained in Paragraph 135 are true and on this basis, Claimant denies

7   the allegations contained in Paragraph 135.

8       136.   Claimant lacks sufficient information to form a belief as to whether the

9   allegations contained in Paragraph 136 are true and on this basis, Claimant denies

10  the allegations contained in Paragraph 136.

11      137.   Claimant lacks sufficient information to form a belief as to whether the

12  allegations contained in Paragraph 137 are true and on this basis, Claimant denies

13  the allegations contained in Paragraph 137.

14      138.   Claimant lacks sufficient information to form a belief as to whether the

15  allegations contained in Paragraph 138 are true and on this basis, Claimant denies

16  the allegations contained in Paragraph 138.

17      139.   Claimant lacks sufficient information to form a belief as to whether the

18  allegations contained in Paragraph 139 are true and on this basis, Claimant denies

19  the allegations contained in Paragraph 139.

20      140.   Claimant lacks sufficient information to form a belief as to whether the

21  allegations contained in Paragraph 140 are true and on this basis, Claimant denies

22  the allegations contained in Paragraph 140.

23      141.   Claimant lacks sufficient information to form a belief as to whether the

24  allegations contained in Paragraph 141 are true and on this basis, Claimant denies

25  the allegations contained in Paragraph 141.

26      142.   Claimant lacks sufficient information to form a belief as to whether the

27  allegations contained in Paragraph 142 are true and on this basis, Claimant denies

28  the allegations contained in Paragraph 142.

143.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 143 are true and on this basis, Claimant denies the allegations contained in Paragraph 143.

144.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 144 are true and on this basis, Claimant denies the allegations contained in Paragraph 144.

145.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 145 are true and on this basis, Claimant denies the allegations contained in Paragraph 145.

146.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 146 are true and on this basis, Claimant denies the allegations contained in Paragraph 146.

147.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 147 are true and on this basis, Claimant denies the allegations contained in Paragraph 147.

148.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 148 are true and on this basis, Claimant denies the allegations contained in Paragraph 148.

149.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 149 are true and on this basis, Claimant denies the allegations contained in Paragraph 149.

150.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 150 are true and on this basis, Claimant denies the allegations contained in Paragraph 150.

151.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 151 are true and on this basis, Claimant denies the allegations contained in Paragraph 151.

152.   Claimant lacks sufficient information to form a belief as to whether the

1  allegations contained in Paragraph 152 are true and on this basis, Claimant denies

2  the allegations contained in Paragraph 152.

3      153.   Claimant lacks sufficient information to form a belief as to whether the

4  allegations contained in Paragraph 153 are true and on this basis, Claimant denies

5  the allegations contained in Paragraph 153.

6      154.   Claimant lacks sufficient information to form a belief as to whether the

7  allegations contained in Paragraph 154 are true and on this basis, Claimant denies

8  the allegations contained in Paragraph 154.

9      155.   Claimant lacks sufficient information to form a belief as to whether the

10 allegations contained in Paragraph 155 are true and on this basis, Claimant denies

11 the allegations contained in Paragraph 155.

12     156.   Claimant lacks sufficient information to form a belief as to whether the

13 allegations contained in Paragraph 156 are true and on this basis, Claimant denies

14 the allegations contained in Paragraph 156.

15     157.   Claimant lacks sufficient information to form a belief as to whether the

16 allegations contained in Paragraph 157 are true and on this basis, Claimant denies

17 the allegations contained in Paragraph 157.

18     158.   Claimant lacks sufficient information to form a belief as to whether the

19 allegations contained in Paragraph 158 are true and on this basis, Claimant denies

20 the allegations contained in Paragraph 158.

21     159.   Claimant lacks sufficient information to form a belief as to whether the

22 allegations contained in Paragraph 159 are true and on this basis, Claimant denies

23 the allegations contained in Paragraph 159.

24     160.   Claimant lacks sufficient information to form a belief as to whether the

25 allegations contained in Paragraph 160 are true and on this basis, Claimant denies

26 the allegations contained in Paragraph 160.

27     161.   Claimant lacks sufficient information to form a belief as to whether the

28 allegations contained in Paragraph 161 are true and on this basis, Claimant denies

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

1 the allegations contained in Paragraph 161.

2      162.   Claimant lacks sufficient information to form a belief as to whether the

3 allegations contained in Paragraph 162 are true and on this basis, Claimant denies

4 the allegations contained in Paragraph 162.

5      163.   Claimant lacks sufficient information to form a belief as to whether the

6 allegations contained in Paragraph 163 are true and on this basis, Claimant denies

7 the allegations contained in Paragraph 163.

8      164.   Claimant lacks sufficient information to form a belief as to whether the

9 allegations contained in Paragraph 164 are true and on this basis, Claimant denies

10 the allegations contained in Paragraph 164.

11      165.   Claimant lacks sufficient information to form a belief as to whether the

12 allegations contained in Paragraph 165 are true and on this basis, Claimant denies

13 the allegations contained in Paragraph 165.

14      166.   Claimant lacks sufficient information to form a belief as to whether the

15 allegations contained in Paragraph 166 are true and on this basis, Claimant denies

16 the allegations contained in Paragraph 166.

17      167.   Claimant lacks sufficient information to form a belief as to whether the

18 allegations contained in Paragraph 167 are true and on this basis, Claimant denies

19 the allegations contained in Paragraph 167.

20      168.   Claimant lacks sufficient information to form a belief as to whether the

21 allegations contained in Paragraph 168 are true and on this basis, Claimant denies

22 the allegations contained in Paragraph 168.

23      169.   Claimant lacks sufficient information to form a belief as to whether the

24 allegations contained in Paragraph 169 are true and on this basis, Claimant denies

25 the allegations contained in Paragraph 169.

26      170.   Claimant lacks sufficient information to form a belief as to whether the

27 allegations contained in Paragraph 170 are true and on this basis, Claimant denies

28 the allegations contained in Paragraph 170.

171.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 171 are true and on this basis, Claimant denies the allegations contained in Paragraph 171.

172.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 172 are true and on this basis, Claimant denies the allegations contained in Paragraph 172.

173.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 173 are true and on this basis, Claimant denies the allegations contained in Paragraph 173.

174.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 174 are true and on this basis, Claimant denies the allegations contained in Paragraph 174.

175.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 175 are true and on this basis, Claimant denies the allegations contained in Paragraph 175.

176.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 176 are true and on this basis, Claimant denies the allegations contained in Paragraph 176.

177.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 177 are true and on this basis, Claimant denies the allegations contained in Paragraph 177.

178.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 178 are true and on this basis, Claimant denies the allegations contained in Paragraph 178.

179.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 179 are true and on this basis, Claimant denies the allegations contained in Paragraph 179.

180.   Claimant lacks sufficient information to form a belief as to whether the

allegations contained in Paragraph 180 are true and on this basis, Claimant denies the allegations contained in Paragraph 180.

181.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 181 are true and on this basis, Claimant denies the allegations contained in Paragraph 181.

182.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 182 are true and on this basis, Claimant denies the allegations contained in Paragraph 182.

183.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 183 are true and on this basis, Claimant denies the allegations contained in Paragraph 183.

184.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 184 are true and on this basis, Claimant denies the allegations contained in Paragraph 184.

185.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 185 are true and on this basis, Claimant denies the allegations contained in Paragraph 185.

186.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 186 are true and on this basis, Claimant denies the allegations contained in Paragraph 186.

187.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 187 are true and on this basis, Claimant denies the allegations contained in Paragraph 187.

188.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 188 are true and on this basis, Claimant denies the allegations contained in Paragraph 188.

189.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 189 are true and on this basis, Claimant denies

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

1  the allegations contained in Paragraph 189.

2       190.   Claimant lacks sufficient information to form a belief as to whether the
3  allegations contained in Paragraph 190 are true and on this basis, Claimant denies
4  the allegations contained in Paragraph 190.

5       191.   Claimant lacks sufficient information to form a belief as to whether the
6  allegations contained in Paragraph 191 are true and on this basis, Claimant denies
7  the allegations contained in Paragraph 191.

8       192.   Claimant lacks sufficient information to form a belief as to whether the
9  allegations contained in Paragraph 192 are true and on this basis, Claimant denies
10  the allegations contained in Paragraph 192.

11      193.   Claimant lacks sufficient information to form a belief as to whether the
12  allegations contained in Paragraph 193 are true and on this basis, Claimant denies
13  the allegations contained in Paragraph 193.

14      194.   Claimant lacks sufficient information to form a belief as to whether the
15  allegations contained in Paragraph 194 are true and on this basis, Claimant denies
16  the allegations contained in Paragraph 194.

17      195.   Claimant lacks sufficient information to form a belief as to whether the
18  allegations contained in Paragraph 195 are true and on this basis, Claimant denies
19  the allegations contained in Paragraph 195.

20      196.   Claimant lacks sufficient information to form a belief as to whether the
21  allegations contained in Paragraph 196 are true and on this basis, Claimant denies
22  the allegations contained in Paragraph 196.

23      197.   Claimant lacks sufficient information to form a belief as to whether the
24  allegations contained in Paragraph 197 are true and on this basis, Claimant denies
25  the allegations contained in Paragraph 197.

26      198.   Claimant lacks sufficient information to form a belief as to whether the
27  allegations contained in Paragraph 198 are true and on this basis, Claimant denies
28  the allegations contained in Paragraph 198.

199.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 199 are true and on this basis, Claimant denies the allegations contained in Paragraph 199.

200.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 200 are true and on this basis, Claimant denies the allegations contained in Paragraph 200.

201.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 201 are true and on this basis, Claimant denies the allegations contained in Paragraph 201.

202.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 202 are true and on this basis, Claimant denies the allegations contained in Paragraph 202.

203.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 203 are true and on this basis, Claimant denies the allegations contained in Paragraph 203.

204.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 204 are true and on this basis, Claimant denies the allegations contained in Paragraph 204.

205.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 205 are true and on this basis, Claimant denies the allegations contained in Paragraph 205.

206.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 206 are true and on this basis, Claimant denies the allegations contained in Paragraph 206.

207.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 207 are true and on this basis, Claimant denies the allegations contained in Paragraph 207.

208.   Claimant lacks sufficient information to form a belief as to whether the

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

1   allegations contained in Paragraph 208 are true and on this basis, Claimant denies

2   the allegations contained in Paragraph 208.

3      209.   Claimant lacks sufficient information to form a belief as to whether the

4   allegations contained in Paragraph 209 are true and on this basis, Claimant denies

5   the allegations contained in Paragraph 209.

6      210.   Claimant lacks sufficient information to form a belief as to whether the

7   allegations contained in Paragraph 210 are true and on this basis, Claimant denies

8   the allegations contained in Paragraph 210.

9      211.   Claimant lacks sufficient information to form a belief as to whether the

10   allegations contained in Paragraph 211 are true and on this basis, Claimant denies

11   the allegations contained in Paragraph 211.

12      212.   Claimant lacks sufficient information to form a belief as to whether the

13   allegations contained in Paragraph 212 are true and on this basis, Claimant denies

14   the allegations contained in Paragraph 212.

15      213.   Claimant lacks sufficient information to form a belief as to whether the

16   allegations contained in Paragraph 213 are true and on this basis, Claimant denies

17   the allegations contained in Paragraph 213.

18      214.   Claimant lacks sufficient information to form a belief as to whether the

19   allegations contained in Paragraph 214 are true and on this basis, Claimant denies

20   the allegations contained in Paragraph 214.

21      215.   Claimant lacks sufficient information to form a belief as to whether the

22   allegations contained in Paragraph 215 are true and on this basis, Claimant denies

23   the allegations contained in Paragraph 215.

24      216.   Claimant lacks sufficient information to form a belief as to whether the

25   allegations contained in Paragraph 216 are true and on this basis, Claimant denies

26   the allegations contained in Paragraph 216.

27      217.   Claimant lacks sufficient information to form a belief as to whether the

28   allegations contained in Paragraph 217 are true and on this basis, Claimant denies

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

1  the allegations contained in Paragraph 217.

2      218.   Claimant lacks sufficient information to form a belief as to whether the

3  allegations contained in Paragraph 218 are true and on this basis, Claimant denies

4  the allegations contained in Paragraph 218.

5      219.   Claimant lacks sufficient information to form a belief as to whether the

6  allegations contained in Paragraph 219 are true and on this basis, Claimant denies

7  the allegations contained in Paragraph 219.

8      220.   Claimant lacks sufficient information to form a belief as to whether the

9  allegations contained in Paragraph 220 are true and on this basis, Claimant denies

10 the allegations contained in Paragraph 220.

11     221.   Claimant lacks sufficient information to form a belief as to whether the

12 allegations contained in Paragraph 221 are true and on this basis, Claimant denies

13 the allegations contained in Paragraph 221.

14     222.   Claimant lacks sufficient information to form a belief as to whether the

15 allegations contained in Paragraph 222 are true and on this basis, Claimant denies

16 the allegations contained in Paragraph 222.

17     223.   Claimant lacks sufficient information to form a belief as to whether the

18 allegations contained in Paragraph 223 are true and on this basis, Claimant denies

19 the allegations contained in Paragraph 223.

20     224.   Claimant lacks sufficient information to form a belief as to whether the

21 allegations contained in Paragraph 224 are true and on this basis, Claimant denies

22 the allegations contained in Paragraph 224.

23     225.   Claimant lacks sufficient information to form a belief as to whether the

24 allegations contained in Paragraph 225 are true and on this basis, Claimant denies

25 the allegations contained in Paragraph 225.

26     226.   Claimant lacks sufficient information to form a belief as to whether the

27 allegations contained in Paragraph 226 are true and on this basis, Claimant denies

28 the allegations contained in Paragraph 226.

227.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 227 are true and on this basis, Claimant denies the allegations contained in Paragraph 227.

228.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 228 are true and on this basis, Claimant denies the allegations contained in Paragraph 228.

229.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 229 are true and on this basis, Claimant denies the allegations contained in Paragraph 229.

230.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 230 are true and on this basis, Claimant denies the allegations contained in Paragraph 230.

231.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 231 are true and on this basis, Claimant denies the allegations contained in Paragraph 231.

232.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 232 are true and on this basis, Claimant denies the allegations contained in Paragraph 232.

233.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 233 are true and on this basis, Claimant denies the allegations contained in Paragraph 233.

234.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 234 are true and on this basis, Claimant denies the allegations contained in Paragraph 234.

235.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 235 are true and on this basis, Claimant denies the allegations contained in Paragraph 235.

236.   Claimant lacks sufficient information to form a belief as to whether the

allegations contained in Paragraph 236 are true and on this basis, Claimant denies the allegations contained in Paragraph 236.

237.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 237 are true and on this basis, Claimant denies the allegations contained in Paragraph 237.

238.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 238 are true and on this basis, Claimant denies the allegations contained in Paragraph 238.

239.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 239 are true and on this basis, Claimant denies the allegations contained in Paragraph 239.

240.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 240 are true and on this basis, Claimant denies the allegations contained in Paragraph 240.

241.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 241 are true and on this basis, Claimant denies the allegations contained in Paragraph 241.

242.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 242 are true and on this basis, Claimant denies the allegations contained in Paragraph 242.

243.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 243 are true and on this basis, Claimant denies the allegations contained in Paragraph 243.

244.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 244 are true and on this basis, Claimant denies the allegations contained in Paragraph 244.

245.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 245 are true and on this basis, Claimant denies

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

1 the allegations contained in Paragraph 245.

2   246. Claimant lacks sufficient information to form a belief as to whether the
3 allegations contained in Paragraph 246 are true and on this basis, Claimant denies
4 the allegations contained in Paragraph 246.

5   247. Claimant lacks sufficient information to form a belief as to whether the
6 allegations contained in Paragraph 247 are true and on this basis, Claimant denies
7 the allegations contained in Paragraph 247.

8   248. Claimant lacks sufficient information to form a belief as to whether the
9 allegations contained in Paragraph 248 are true and on this basis, Claimant denies
10 the allegations contained in Paragraph 248.

11   249. Claimant lacks sufficient information to form a belief as to whether the
12 allegations contained in Paragraph 249 are true and on this basis, Claimant denies
13 the allegations contained in Paragraph 249.

14   250. Claimant lacks sufficient information to form a belief as to whether the
15 allegations contained in Paragraph 250 are true and on this basis, Claimant denies
16 the allegations contained in Paragraph 250.

17   251. Claimant lacks sufficient information to form a belief as to whether the
18 allegations contained in Paragraph 251 are true and on this basis, Claimant denies
19 the allegations contained in Paragraph 251.

20   252. Claimant lacks sufficient information to form a belief as to whether the
21 allegations contained in Paragraph 252 are true and on this basis, Claimant denies
22 the allegations contained in Paragraph 252.

23   253. Claimant lacks sufficient information to form a belief as to whether the
24 allegations contained in Paragraph 253 are true and on this basis, Claimant denies
25 the allegations contained in Paragraph 253.

26   254. Claimant lacks sufficient information to form a belief as to whether the
27 allegations contained in Paragraph 254 are true and on this basis, Claimant denies
28 the allegations contained in Paragraph 254.

THEODORA ORINGHER
COUNSELORS AT LAW

255.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 255 are true and on this basis, Claimant denies the allegations contained in Paragraph 255.

256.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 256 are true and on this basis, Claimant denies the allegations contained in Paragraph 256.

257.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 257 are true and on this basis, Claimant denies the allegations contained in Paragraph 257.

258.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 258 are true and on this basis, Claimant denies the allegations contained in Paragraph 258.

259.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 259 are true and on this basis, Claimant denies the allegations contained in Paragraph 259.

260.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 260 are true and on this basis, Claimant denies the allegations contained in Paragraph 260.

261.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 261 are true and on this basis, Claimant denies the allegations contained in Paragraph 261.

262.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 262 are true and on this basis, Claimant denies the allegations contained in Paragraph 262.

263.     Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 263 are true and on this basis, Claimant denies the allegations contained in Paragraph 263.

264.     Claimant lacks sufficient information to form a belief as to whether the

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

allegations contained in Paragraph 264 are true and on this basis, Claimant denies the allegations contained in Paragraph 264.

265.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 265 are true and on this basis, Claimant denies the allegations contained in Paragraph 265.

266.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 266 are true and on this basis, Claimant denies the allegations contained in Paragraph 266.

267.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 267 are true and on this basis, Claimant denies the allegations contained in Paragraph 267.

268.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 268 are true and on this basis, Claimant denies the allegations contained in Paragraph 268.

269.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 269 are true and on this basis, Claimant denies the allegations contained in Paragraph 269.

270.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 270 are true and on this basis, Claimant denies the allegations contained in Paragraph 270.

271.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 271 are true and on this basis, Claimant denies the allegations contained in Paragraph 271.

272.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 272 are true and on this basis, Claimant denies the allegations contained in Paragraph 272.

273.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 273 are true and on this basis, Claimant denies

1 the allegations contained in Paragraph 273.

2      274.   Claimant lacks sufficient information to form a belief as to whether the

3 allegations contained in Paragraph 274 are true and on this basis, Claimant denies

4 the allegations contained in Paragraph 274.

5      275.   Claimant lacks sufficient information to form a belief as to whether the

6 allegations contained in Paragraph 275 are true and on this basis, Claimant denies

7 the allegations contained in Paragraph 275.

8      276.   Claimant lacks sufficient information to form a belief as to whether the

9 allegations contained in Paragraph 276 are true and on this basis, Claimant denies

10 the allegations contained in Paragraph 276.

11      277.   Claimant lacks sufficient information to form a belief as to whether the

12 allegations contained in Paragraph 277 are true and on this basis, Claimant denies

13 the allegations contained in Paragraph 277.

14      278.   Claimant lacks sufficient information to form a belief as to whether the

15 allegations contained in Paragraph 278 are true and on this basis, Claimant denies

16 the allegations contained in Paragraph 278.

17      279.   Claimant lacks sufficient information to form a belief as to whether the

18 allegations contained in Paragraph 279 are true and on this basis, Claimant denies

19 the allegations contained in Paragraph 279.

20      280.   Claimant lacks sufficient information to form a belief as to whether the

21 allegations contained in Paragraph 280 are true and on this basis, Claimant denies

22 the allegations contained in Paragraph 280.

23      281.   Claimant lacks sufficient information to form a belief as to whether the

24 allegations contained in Paragraph 281 are true and on this basis, Claimant denies

25 the allegations contained in Paragraph 281.

26      282.   Claimant lacks sufficient information to form a belief as to whether the

27 allegations contained in Paragraph 282 are true and on this basis, Claimant denies

28 the allegations contained in Paragraph 282.

283.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 283 are true and on this basis, Claimant denies the allegations contained in Paragraph 283.

284.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 284 are true and on this basis, Claimant denies the allegations contained in Paragraph 284.

285.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 285 are true and on this basis, Claimant denies the allegations contained in Paragraph 285.

286.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 286 are true and on this basis, Claimant denies the allegations contained in Paragraph 286.

287.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 287 are true and on this basis, Claimant denies the allegations contained in Paragraph 287.

288.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 288 are true and on this basis, Claimant denies the allegations contained in Paragraph 288.

289.   Claimant admits the allegations contained in Paragraph 289.

290.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 290 are true and on this basis, Claimant denies the allegations contained in Paragraph 290.

291.   The allegations stated in Paragraph 291 state a legal conclusion and no response is required.  To the extent a response is required, Claimant admits the allegations contained therein.

292.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 292 are true and on this basis, Claimant denies the allegations contained in Paragraph 292.

293.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 293 are true and on this basis, Claimant denies the allegations contained in Paragraph 293.

294.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 294 are true and on this basis, Claimant denies the allegations contained in Paragraph 294.

295.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 295 are true and on this basis, Claimant denies the allegations contained in Paragraph 295.

296.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 296 are true and on this basis, Claimant denies the allegations contained in Paragraph 296.

297.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 297 are true and on this basis, Claimant denies the allegations contained in Paragraph 297.

298.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 298 are true and on this basis, Claimant denies the allegations contained in Paragraph 298.

299.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 299 are true and on this basis, Claimant denies the allegations contained in Paragraph 299.

300.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 300 are true and on this basis, Claimant denies the allegations contained in Paragraph 300.

301.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 301 are true and on this basis, Claimant denies the allegations contained in Paragraph 301.

302.   Claimant lacks sufficient information to form a belief as to whether the

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

allegations contained in Paragraph 302 are true and on this basis, Claimant denies the allegations contained in Paragraph 302.

303.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 303 are true and on this basis, Claimant denies the allegations contained in Paragraph 303.

304.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 304 are true and on this basis, Claimant denies the allegations contained in Paragraph 304.

305.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 305 are true and on this basis, Claimant denies the allegations contained in Paragraph 305.

306.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 306 are true and on this basis, Claimant denies the allegations contained in Paragraph 306.

307.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 307 are true and on this basis, Claimant denies the allegations contained in Paragraph 307.

308.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 308 are true and on this basis, Claimant denies the allegations contained in Paragraph 308.

309.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 309 are true and on this basis, Claimant denies the allegations contained in Paragraph 309.

310.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 310 are true and on this basis, Claimant denies the allegations contained in Paragraph 310.

311.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 311 are true and on this basis, Claimant denies

1   the allegations contained in Paragraph 311.

2       312.   Claimant lacks sufficient information to form a belief as to whether the

3   allegations contained in Paragraph 312 are true and on this basis, Claimant denies

4   the allegations contained in Paragraph 312.

5       313.   Claimant lacks sufficient information to form a belief as to whether the

6   allegations contained in Paragraph 313 are true and on this basis, Claimant denies

7   the allegations contained in Paragraph 313.

8       314.   Claimant lacks sufficient information to form a belief as to whether the

9   allegations contained in Paragraph 314 are true and on this basis, Claimant denies

10  the allegations contained in Paragraph 314.

11      315.   Claimant lacks sufficient information to form a belief as to whether the

12  allegations contained in Paragraph 315 are true and on this basis, Claimant denies

13  the allegations contained in Paragraph 315.

14      316.   Claimant lacks sufficient information to form a belief as to whether the

15  allegations contained in Paragraph 316 are true and on this basis, Claimant denies

16  the allegations contained in Paragraph 316.

17      317.   Claimant lacks sufficient information to form a belief as to whether the

18  allegations contained in Paragraph 317 are true and on this basis, Claimant denies

19  the allegations contained in Paragraph 317.

20      318.   Claimant lacks sufficient information to form a belief as to whether the

21  allegations contained in Paragraph 318 are true and on this basis, Claimant denies

22  the allegations contained in Paragraph 318.

23      319.   Claimant lacks sufficient information to form a belief as to whether the

24  allegations contained in Paragraph 319 are true and on this basis, Claimant denies

25  the allegations contained in Paragraph 319.

26      320.   Claimant lacks sufficient information to form a belief as to whether the

27  allegations contained in Paragraph 320 are true and on this basis, Claimant denies

28  the allegations contained in Paragraph 320.

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

321.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 321 are true and on this basis, Claimant denies the allegations contained in Paragraph 321.

322.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 322 are true and on this basis, Claimant denies the allegations contained in Paragraph 322.

323.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 323 are true and on this basis, Claimant denies the allegations contained in Paragraph 323.

324.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 324 are true and on this basis, Claimant denies the allegations contained in Paragraph 324.

325.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 325 are true and on this basis, Claimant denies the allegations contained in Paragraph 325.

326.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 326 are true and on this basis, Claimant denies the allegations contained in Paragraph 326.

327.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 327 are true and on this basis, Claimant denies the allegations contained in Paragraph 327.

328.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 328 are true and on this basis, Claimant denies the allegations contained in Paragraph 328.

329.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 329 are true and on this basis, Claimant denies the allegations contained in Paragraph 329.

330.   Claimant lacks sufficient information to form a belief as to whether the

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

1  allegations contained in Paragraph 330 are true and on this basis, Claimant denies

2  the allegations contained in Paragraph 330.

3      331.   Claimant lacks sufficient information to form a belief as to whether the

4  allegations contained in Paragraph 331 are true and on this basis, Claimant denies

5  the allegations contained in Paragraph 331.

6      332.   Claimant lacks sufficient information to form a belief as to whether the

7  allegations contained in Paragraph 332 are true and on this basis, Claimant denies

8  the allegations contained in Paragraph 332.

9      333.   Claimant lacks sufficient information to form a belief as to whether the

10  allegations contained in Paragraph 333 are true and on this basis, Claimant denies

11  the allegations contained in Paragraph 333.

12      334.   Claimant lacks sufficient information to form a belief as to whether the

13  allegations contained in Paragraph 334 are true and on this basis, Claimant denies

14  the allegations contained in Paragraph 334.

15      335.   Claimant lacks sufficient information to form a belief as to whether the

16  allegations contained in Paragraph 335 are true and on this basis, Claimant denies

17  the allegations contained in Paragraph 335.

18      336.   Claimant lacks sufficient information to form a belief as to whether the

19  allegations contained in Paragraph 336 are true and on this basis, Claimant denies

20  the allegations contained in Paragraph 336.

21      337.   Claimant lacks sufficient information to form a belief as to whether the

22  allegations contained in Paragraph 337 are true and on this basis, Claimant denies

23  the allegations contained in Paragraph 337.

24      338.   Claimant lacks sufficient information to form a belief as to whether the

25  allegations contained in Paragraph 338 are true and on this basis, Claimant denies

26  the allegations contained in Paragraph 338.

27      339.   Claimant lacks sufficient information to form a belief as to whether the

28  allegations contained in Paragraph 339 are true and on this basis, Claimant denies

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

1  the allegations contained in Paragraph 339.

2      340.   Claimant lacks sufficient information to form a belief as to whether the

3  allegations contained in Paragraph 340 are true and on this basis, Claimant denies

4  the allegations contained in Paragraph 340.

5      341.   Claimant lacks sufficient information to form a belief as to whether the

6  allegations contained in Paragraph 341 are true and on this basis, Claimant denies

7  the allegations contained in Paragraph 341.

8      342.   Claimant lacks sufficient information to form a belief as to whether the

9  allegations contained in Paragraph 342 are true and on this basis, Claimant denies

10  the allegations contained in Paragraph 342.

11      343.   Claimant lacks sufficient information to form a belief as to whether the

12  allegations contained in Paragraph 343 are true and on this basis, Claimant denies

13  the allegations contained in Paragraph 343.

14      344.   Claimant lacks sufficient information to form a belief as to whether the

15  allegations contained in Paragraph 344 are true and on this basis, Claimant denies

16  the allegations contained in Paragraph 344.

17      345.   Claimant lacks sufficient information to form a belief as to whether the

18  allegations contained in Paragraph 345 are true and on this basis, Claimant denies

19  the allegations contained in Paragraph 345.

20      346.   Claimant lacks sufficient information to form a belief as to whether the

21  allegations contained in Paragraph 346 are true and on this basis, Claimant denies

22  the allegations contained in Paragraph 346.

23      347.   Claimant lacks sufficient information to form a belief as to whether the

24  allegations contained in Paragraph 347 are true and on this basis, Claimant denies

25  the allegations contained in Paragraph 347.

26      348.   Claimant lacks sufficient information to form a belief as to whether the

27  allegations contained in Paragraph 348, parts a through e,  are true and on this basis,

28  Claimant denies the allegations contained in Paragraph 348, parts a through e.

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

349.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 349 are true and on this basis, Claimant denies the allegations contained in Paragraph 349.

350.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 350 are true and on this basis, Claimant denies the allegations contained in Paragraph 350.

351.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 351 are true and on this basis, Claimant denies the allegations contained in Paragraph 351.

352.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 352 are true and on this basis, Claimant denies the allegations contained in Paragraph 352.

353.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 353 are true and on this basis, Claimant denies the allegations contained in Paragraph 353.

354.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 354 are true and on this basis, Claimant denies the allegations contained in Paragraph 354.

355.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 355 are true and on this basis, Claimant denies the allegations contained in Paragraph 355.

356.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 356 are true and on this basis, Claimant denies the allegations contained in Paragraph 356.

357.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 357 are true and on this basis, Claimant denies the allegations contained in Paragraph 357.

358.   Claimant lacks sufficient information to form a belief as to whether the

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

allegations contained in Paragraph 358 are true and on this basis, Claimant denies the allegations contained in Paragraph 358.

359.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 359 are true and on this basis, Claimant denies the allegations contained in Paragraph 359.

360.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 360 are true and on this basis, Claimant denies the allegations contained in Paragraph 360.

361.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 361 are true and on this basis, Claimant denies the allegations contained in Paragraph 361.

362.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 362 are true and on this basis, Claimant denies the allegations contained in Paragraph 362.

363.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 363 are true and on this basis, Claimant denies the allegations contained in Paragraph 363.

364.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 364 are true and on this basis, Claimant denies the allegations contained in Paragraph 364.

365.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 365 are true and on this basis, Claimant denies the allegations contained in Paragraph 365.

366.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 366 are true and on this basis, Claimant denies the allegations contained in Paragraph 366.

367.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 367 are true and on this basis, Claimant denies

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

1   the allegations contained in Paragraph 367.

2       368.   Claimant lacks sufficient information to form a belief as to whether the

3   allegations contained in Paragraph 368 are true and on this basis, Claimant denies

4   the allegations contained in Paragraph 368.

5       369.   Claimant lacks sufficient information to form a belief as to whether the

6   allegations contained in Paragraph 369 are true and on this basis, Claimant denies

7   the allegations contained in Paragraph 369.

8       370.   Claimant lacks sufficient information to form a belief as to whether the

9   allegations contained in Paragraph 370 are true and on this basis, Claimant denies

10  the allegations contained in Paragraph 370.

11      371.   Claimant lacks sufficient information to form a belief as to whether the

12  allegations contained in Paragraph 371 are true and on this basis, Claimant denies

13  the allegations contained in Paragraph 371.

14      372.   Claimant lacks sufficient information to form a belief as to whether the

15  allegations contained in Paragraph 372, parts a through g,  are true and on this basis,

16  Claimant denies the allegations contained in Paragraph 372, parts a through g.

17      373.   Claimant lacks sufficient information to form a belief as to whether the

18  allegations contained in Paragraph 373 are true and on this basis, Claimant denies

19  the allegations contained in Paragraph 373.

20      374.   Claimant lacks sufficient information to form a belief as to whether the

21  allegations contained in Paragraph 374 are true and on this basis, Claimant denies

22  the allegations contained in Paragraph 374.

23      375.   Claimant lacks sufficient information to form a belief as to whether the

24  allegations contained in Paragraph 375 are true and on this basis, Claimant denies

25  the allegations contained in Paragraph 375.

26      376.   Claimant lacks sufficient information to form a belief as to whether the

27  allegations contained in Paragraph 376 are true and on this basis, Claimant denies

28  the allegations contained in Paragraph 376.

377.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 377 are true and on this basis, Claimant denies the allegations contained in Paragraph 377.

378.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 378 are true and on this basis, Claimant denies the allegations contained in Paragraph 378.

379.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 379 are true and on this basis, Claimant denies the allegations contained in Paragraph 379.

380.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 380 are true and on this basis, Claimant denies the allegations contained in Paragraph 380.

381.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 381 are true and on this basis, Claimant denies the allegations contained in Paragraph 381.

382.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 382 are true and on this basis, Claimant denies the allegations contained in Paragraph 382.

383.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 383, parts a through d,  are true and on this basis, Claimant denies the allegations contained in Paragraph 383, parts a through d.

384.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 384 are true and on this basis, Claimant denies the allegations contained in Paragraph 384.

385.    Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 385 are true and on this basis, Claimant denies the allegations contained in Paragraph 385.

386.    Claimant lacks sufficient information to form a belief as to whether the

1  allegations contained in Paragraph 386 are true and on this basis, Claimant denies

2  the allegations contained in Paragraph 386.

3      387.   Claimant lacks sufficient information to form a belief as to whether the

4  allegations contained in Paragraph 387 are true and on this basis, Claimant denies

5  the allegations contained in Paragraph 387.

6      388.   Claimant lacks sufficient information to form a belief as to whether the

7  allegations contained in Paragraph 388 are true and on this basis, Claimant denies

8  the allegations contained in Paragraph 388.

9      389.   Claimant lacks sufficient information to form a belief as to whether the

10  allegations contained in Paragraph 389 are true and on this basis, Claimant denies

11  the allegations contained in Paragraph 389.

12      390.   Claimant lacks sufficient information to form a belief as to whether the

13  allegations contained in Paragraph 390 are true and on this basis, Claimant denies

14  the allegations contained in Paragraph 390.

15      391.   Claimant lacks sufficient information to form a belief as to whether the

16  allegations contained in Paragraph 391 are true and on this basis, Claimant denies

17  the allegations contained in Paragraph 391.

18      392.   Claimant lacks sufficient information to form a belief as to whether the

19  allegations contained in Paragraph 392 are true and on this basis, Claimant denies

20  the allegations contained in Paragraph 392.

21      393.   Claimant lacks sufficient information to form a belief as to whether the

22  allegations contained in Paragraph 393 are true and on this basis, Claimant denies

23  the allegations contained in Paragraph 393.

24      394.   Claimant lacks sufficient information to form a belief as to whether the

25  allegations contained in Paragraph 394 are true and on this basis, Claimant denies

26  the allegations contained in Paragraph 394.

27      395.   Claimant lacks sufficient information to form a belief as to whether the

28  allegations contained in Paragraph 395 are true and on this basis, Claimant denies

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

1    the allegations contained in Paragraph 395.

2       396.   Claimant lacks sufficient information to form a belief as to whether the

3    allegations contained in Paragraph 396 are true and on this basis, Claimant denies

4    the allegations contained in Paragraph 396.

5       397.   Claimant lacks sufficient information to form a belief as to whether the

6    allegations contained in Paragraph 397 are true and on this basis, Claimant denies

7    the allegations contained in Paragraph 397.

8       398.   Claimant lacks sufficient information to form a belief as to whether the

9    allegations contained in Paragraph 398 are true and on this basis, Claimant denies

10    the allegations contained in Paragraph 398.

11       399.   Claimant lacks sufficient information to form a belief as to whether the

12    allegations contained in Paragraph 399 are true and on this basis, Claimant denies

13    the allegations contained in Paragraph 399.

14       400.   Claimant lacks sufficient information to form a belief as to whether the

15    allegations contained in Paragraph 400 are true and on this basis, Claimant denies

16    the allegations contained in Paragraph 400.

17       401.   Claimant lacks sufficient information to form a belief as to whether the

18    allegations contained in Paragraph 401 are true and on this basis, Claimant denies

19    the allegations contained in Paragraph 401.

20       402.   Claimant lacks sufficient information to form a belief as to whether the

21    allegations contained in Paragraph 402 are true and on this basis, Claimant denies

22    the allegations contained in Paragraph 402.

23       403.   Claimant lacks sufficient information to form a belief as to whether the

24    allegations contained in Paragraph 403 are true and on this basis, Claimant denies

25    the allegations contained in Paragraph 403.

26       404.   Claimant lacks sufficient information to form a belief as to whether the

27    allegations contained in Paragraph 404 are true and on this basis, Claimant denies

28    the allegations contained in Paragraph 404.

405.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 405 are true and on this basis, Claimant denies the allegations contained in Paragraph 405.

406.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 406 are true and on this basis, Claimant denies the allegations contained in Paragraph 406.

407.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 407 are true and on this basis, Claimant denies the allegations contained in Paragraph 407.

408.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 408 are true and on this basis, Claimant denies the allegations contained in Paragraph 408.

409.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 409 are true and on this basis, Claimant denies the allegations contained in Paragraph 409.

410.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 410 are true and on this basis, Claimant denies the allegations contained in Paragraph 410.

411.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 411 are true and on this basis, Claimant denies the allegations contained in Paragraph 411.

412.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 412 are true and on this basis, Claimant denies the allegations contained in Paragraph 412.

413.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 413, parts a through d,  are true and on this basis, Claimant denies the allegations contained in Paragraph 413, parts a through d.

414.   Claimant lacks sufficient information to form a belief as to whether the

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

allegations contained in Paragraph 414 are true and on this basis, Claimant denies the allegations contained in Paragraph 414.

415.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 415 are true and on this basis, Claimant denies the allegations contained in Paragraph 415.

416.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 416 are true and on this basis, Claimant denies the allegations contained in Paragraph 416.

417.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 417 are true and on this basis, Claimant denies the allegations contained in Paragraph 417.

418.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 418 are true and on this basis, Claimant denies the allegations contained in Paragraph 418.

419.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 419 are true and on this basis, Claimant denies the allegations contained in Paragraph 419.

420.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 420 are true and on this basis, Claimant denies the allegations contained in Paragraph 420.

421.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 421 are true and on this basis, Claimant denies the allegations contained in Paragraph 421.

422.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 422 are true and on this basis, Claimant denies the allegations contained in Paragraph 422.

423.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 423 are true and on this basis, Claimant denies

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

1   the allegations contained in Paragraph 423.

2          424.   Claimant lacks sufficient information to form a belief as to whether the

3   allegations contained in Paragraph 424 are true and on this basis, Claimant denies

4   the allegations contained in Paragraph 424.

5          425.   Claimant lacks sufficient information to form a belief as to whether the

6   allegations contained in Paragraph 425 are true and on this basis, Claimant denies

7   the allegations contained in Paragraph 425.

8          426.   Claimant lacks sufficient information to form a belief as to whether the

9   allegations contained in Paragraph 426 are true and on this basis, Claimant denies

10  the allegations contained in Paragraph 426.

11         427.   Claimant lacks sufficient information to form a belief as to whether the

12  allegations contained in Paragraph 427 are true and on this basis, Claimant denies

13  the allegations contained in Paragraph 427.

14         428.   Claimant lacks sufficient information to form a belief as to whether the

15  allegations contained in Paragraph 428 are true and on this basis, Claimant denies

16  the allegations contained in Paragraph 428.

17         429.   Claimant lacks sufficient information to form a belief as to whether the

18  allegations contained in Paragraph 429 are true and on this basis, Claimant denies

19  the allegations contained in Paragraph 429.

20         430.   Claimant lacks sufficient information to form a belief as to whether the

21  allegations contained in Paragraph 430 are true and on this basis, Claimant denies

22  the allegations contained in Paragraph 430.

23         431.   Claimant lacks sufficient information to form a belief as to whether the

24  allegations contained in Paragraph 431 are true and on this basis, Claimant denies

25  the allegations contained in Paragraph 431.

26         432.   Claimant lacks sufficient information to form a belief as to whether the

27  allegations contained in Paragraph 432 are true and on this basis, Claimant denies

28  the allegations contained in Paragraph 432.

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

1    433.   Claimant lacks sufficient information to form a belief as to whether the
2    allegations contained in Paragraph 433 are true and on this basis, Claimant denies
3    the allegations contained in Paragraph 433.

4    434.   Claimant lacks sufficient information to form a belief as to whether the
5    allegations contained in Paragraph 434 are true and on this basis, Claimant denies
6    the allegations contained in Paragraph 434.

7    435.   Claimant lacks sufficient information to form a belief as to whether the
8    allegations contained in Paragraph 435 are true and on this basis, Claimant denies
9    the allegations contained in Paragraph 435.

10   436.   Claimant lacks sufficient information to form a belief as to whether the
11   allegations contained in Paragraph 436 are true and on this basis, Claimant denies
12   the allegations contained in Paragraph 436.

13   437.   Claimant lacks sufficient information to form a belief as to whether the
14   allegations contained in Paragraph 437 are true and on this basis, Claimant denies
15   the allegations contained in Paragraph 437.

16   438.   Claimant lacks sufficient information to form a belief as to whether the
17   allegations contained in Paragraph 438 are true and on this basis, Claimant denies
18   the allegations contained in Paragraph 438.

19   439.   Claimant lacks sufficient information to form a belief as to whether the
20   allegations contained in Paragraph 439 are true and on this basis, Claimant denies
21   the allegations contained in Paragraph 439.

22   440.   Claimant lacks sufficient information to form a belief as to whether the
23   allegations contained in Paragraph 440 are true and on this basis, Claimant denies
24   the allegations contained in Paragraph 440.

25   441.   Claimant lacks sufficient information to form a belief as to whether the
26   allegations contained in Paragraph 441 are true and on this basis, Claimant denies
27   the allegations contained in Paragraph 441.

28   442.   Claimant lacks sufficient information to form a belief as to whether the

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

allegations contained in Paragraph 442 are true and on this basis, Claimant denies the allegations contained in Paragraph 442.

443.  Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 443 are true and on this basis, Claimant denies the allegations contained in Paragraph 443.

444.  Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 444 are true and on this basis, Claimant denies the allegations contained in Paragraph 444.

445.  Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 445 are true and on this basis, Claimant denies the allegations contained in Paragraph 445.

446.  Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 446 are true and on this basis, Claimant denies the allegations contained in Paragraph 446.

447.  Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 447 are true and on this basis, Claimant denies the allegations contained in Paragraph 447.

448.  Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 448 are true and on this basis, Claimant denies the allegations contained in Paragraph 448.

449.  Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 449 are true and on this basis, Claimant denies the allegations contained in Paragraph 449.

450.  Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 450 are true and on this basis, Claimant denies the allegations contained in Paragraph 450.

451.  Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 451 are true and on this basis, Claimant denies

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

1  the allegations contained in Paragraph 451.

2    452. Claimant lacks sufficient information to form a belief as to whether the

3  allegations contained in Paragraph 452 are true and on this basis, Claimant denies

4  the allegations contained in Paragraph 452.

5    453. Claimant lacks sufficient information to form a belief as to whether the

6  allegations contained in Paragraph 453 are true and on this basis, Claimant denies

7  the allegations contained in Paragraph 453.

8    454. Claimant lacks sufficient information to form a belief as to whether the

9  allegations contained in Paragraph 454 are true and on this basis, Claimant denies

10  the allegations contained in Paragraph 454.

11    455. Claimant lacks sufficient information to form a belief as to whether the

12  allegations contained in Paragraph 455 are true and on this basis, Claimant denies

13  the allegations contained in Paragraph 455.

14    456. Claimant lacks sufficient information to form a belief as to whether the

15  allegations contained in Paragraph 456 are true and on this basis, Claimant denies

16  the allegations contained in Paragraph 456.

17    457. Claimant lacks sufficient information to form a belief as to whether the

18  allegations contained in Paragraph 457 are true and on this basis, Claimant denies

19  the allegations contained in Paragraph 457.

20    458. Claimant lacks sufficient information to form a belief as to whether the

21  allegations contained in Paragraph 458 are true and on this basis, Claimant denies

22  the allegations contained in Paragraph 458.

23    459. Claimant lacks sufficient information to form a belief as to whether the

24  allegations contained in Paragraph 459 are true and on this basis, Claimant denies

25  the allegations contained in Paragraph 459.

26    460. Claimant lacks sufficient information to form a belief as to whether the

27  allegations contained in Paragraph 460 are true and on this basis, Claimant denies

28  the allegations contained in Paragraph 460.

THEODORA ORINGHER
COUNSELORS AT LAW

461.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 461 are true and on this basis, Claimant denies the allegations contained in Paragraph 461.

462.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 462 are true and on this basis, Claimant denies the allegations contained in Paragraph 462.

463.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 463 are true and on this basis, Claimant denies the allegations contained in Paragraph 463.

464.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 464 are true and on this basis, Claimant denies the allegations contained in Paragraph 464.

465.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 465 are true and on this basis, Claimant denies the allegations contained in Paragraph 465.

466.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 466 are true and on this basis, Claimant denies the allegations contained in Paragraph 466.

467.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 467 are true and on this basis, Claimant denies the allegations contained in Paragraph 467.

468.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 468 are true and on this basis, Claimant denies the allegations contained in Paragraph 468.

469.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 469 are true and on this basis, Claimant denies the allegations contained in Paragraph 469.

470.   Claimant admits the allegation in Paragraph 470 that the Defendant

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

Asset was purchased by an entity called 212 West 18th Street LLC. Claimant lacks sufficient information to form a belief as to whether the remaining allegations in Paragraph 470 are true and on this basis, Claimant denies the remaining allegations contained in Paragraph 470.

471. Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 471 are true and on this basis, Claimant denies the allegations contained in Paragraph 471.

472. Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 472 are true and on this basis, Claimant denies the allegations contained in Paragraph 472.

473. Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 473 are true and on this basis, Claimant denies the allegations contained in Paragraph 473.

474. Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 474 are true and on this basis, Claimant denies the allegations contained in Paragraph 474.

475. Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 475 are true and on this basis, Claimant denies the allegations contained in Paragraph 475.

476. Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 476 are true and on this basis, Claimant denies the allegations contained in Paragraph 476.

477. Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 477 are true and on this basis, Claimant denies the allegations contained in Paragraph 477.

478. Claimant admits the allegation in Paragraph that the Defendant Asset was purchased by 212 West 18th Street LLC. Claimant lacks sufficient information to form a belief as to whether the remaining allegations in Paragraph 478 are true

THEODORA ORINGHER
COUNSELORS AT LAW

1  and on this basis, Claimant denies the remaining allegations contained in Paragraph
2  478.

3      479.   Claimant lacks sufficient information to form a belief as to whether the
4  allegations contained in Paragraph 479 are true and on this basis, Claimant denies
5  the allegations contained in Paragraph 479.

6      480.   Claimant lacks sufficient information to form a belief as to whether the
7  allegations contained in Paragraph 480 are true and on this basis, Claimant denies
8  the allegations contained in Paragraph 480.

9      481.   Claimant lacks sufficient information to form a belief as to whether the
10 allegations contained in Paragraph 481 are true and on this basis, Claimant denies
11 the allegations contained in Paragraph 481.

12     482.   Claimant lacks sufficient information to form a belief as to whether the
13 allegations contained in Paragraph 482 are true and on this basis, Claimant denies
14 the allegations contained in Paragraph 482.

15     483.   Claimant lacks sufficient information to form a belief as to whether the
16 allegations contained in Paragraph 483 are true and on this basis, Claimant denies
17 the allegations contained in Paragraph 483.

18     484.   Claimant lacks sufficient information to form a belief as to whether the
19 allegations contained in Paragraph 484 are true and on this basis, Claimant denies
20 the allegations contained in Paragraph 484.

21     485.   Claimant lacks sufficient information to form a belief as to whether the
22 allegations contained in Paragraph 485 are true and on this basis, Claimant denies
23 the allegations contained in Paragraph 485.

24     486.   Claimant lacks sufficient information to form a belief as to whether the
25 allegations contained in Paragraph 486 are true and on this basis, Claimant denies
26 the allegations contained in Paragraph 486.

27     487.   Claimant lacks sufficient information to form a belief as to whether the
28 allegations contained in Paragraph 487 are true and on this basis, Claimant denies

1  the allegations contained in Paragraph 487.

2      488.   Claimant lacks sufficient information to form a belief as to whether the

3  allegations contained in Paragraph 488 are true and on this basis, Claimant denies

4  the allegations contained in Paragraph 488.

5      489.   Claimant lacks sufficient information to form a belief as to whether the

6  allegations contained in Paragraph 489 are true and on this basis, Claimant denies

7  the allegations contained in Paragraph 489.

8      490.   Claimant lacks sufficient information to form a belief as to whether the

9  allegations contained in Paragraph 490 are true and on this basis, Claimant denies

10  the allegations contained in Paragraph 490.

11      491.   Claimant lacks sufficient information to form a belief as to whether the

12  allegations contained in Paragraph 491 are true and on this basis, Claimant denies

13  the allegations contained in Paragraph 491.

14      492.   Claimant lacks sufficient information to form a belief as to whether the

15  allegations contained in Paragraph 492 are true and on this basis, Claimant denies

16  the allegations contained in Paragraph 492.

17      493.   Claimant lacks sufficient information to form a belief as to whether the

18  allegations contained in Paragraph 493 are true and on this basis, Claimant denies

19  the allegations contained in Paragraph 493.

20      494.   Claimant lacks sufficient information to form a belief as to whether the

21  allegations contained in Paragraph 494 are true and on this basis, Claimant denies

22  the allegations contained in Paragraph 494.

23      495.   Claimant lacks sufficient information to form a belief as to whether the

24  allegations contained in Paragraph 495 are true and on this basis, Claimant denies

25  the allegations contained in Paragraph 495.

26      496.   Claimant lacks sufficient information to form a belief as to whether the

27  allegations contained in Paragraph 496 are true and on this basis, Claimant denies

28  the allegations contained in Paragraph 496.

497.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 497 are true and on this basis, Claimant denies the allegations contained in Paragraph 497.

498.   Claimant lacks sufficient information to form a belief as to whether the allegations contained in Paragraph 498 are true and on this basis, Claimant denies the allegations contained in Paragraph 498.

499.   No factual allegations are contained in Paragraph 499 and, therefore, this Paragraph goes unanswered.

500.   No factual allegations are contained in Paragraph 500 and, therefore, this Paragraph goes unanswered.

501.   No factual allegations are contained in Paragraph 501 and, therefore, this Paragraph goes unanswered.

502.   Claimant repeats and incorporates by reference as if fully set forth herein its admissions and denials as stated in Paragraphs 1 through 501 above.

503.   The allegations stated in Paragraph 503 state a legal conclusion and no response is required.  To the extent a response is required, Claimant admits the allegations contained therein.

504.   Claimant denies that its interest in the Defendant Asset is forfeitable to the United States.

505.   Claimant repeats and incorporates by reference as if fully set forth herein its admissions and denials as stated in Paragraphs 1 through 501 above.

506.   The allegations stated in Paragraph 506 state a legal conclusion and no response is required.  To the extent a response is required, Claimant admits the allegations contained therein.

507.   Claimant denies that its interest in the Defendant Asset is forfeitable to the United States.

508.   Claimant repeats and incorporates by reference as if fully set forth herein its admissions and denials as stated in Paragraphs 1 through 501 above.

509.   The allegations stated in Paragraph 509 state a legal conclusion and no response is required.  To the extent a response is required, Claimant admits the allegations contained therein.

510.   Claimant denies that its interest in the Defendant Asset is forfeitable to the United States.

511.   Claimant repeats and incorporates by reference as if fully set forth herein its admissions and denials as stated in Paragraphs 1 through 501 above.

512.   The allegations stated in Paragraph 512 state a legal conclusion and no response is required.  To the extent a response is required, Claimant admits the allegations contained therein.

513.   Claimant denies that its interest in the Defendant Asset is forfeitable to the United States.

## FIRST AFFIRMATIVE DEFENSE

514.   The Complaint fails to state a claim against Claimant's interest in the Defendant Asset.

## SECOND AFFIRMATIVE DEFENSE

515.   Claimant's interest in the Defendant Asset is not forfeitable and should not be forfeited because Claimant is an innocent owner pursuant to 18 U.S.C. § 983.

## THIRD AFFIRMATIVE DEFENSE

516.   Claimant's interest in the Defendant Asset is not forfeitable and should not be forfeited because Claimant recorded its Notice of Lien for Common Charges against the Defendant Asset.

## FOURTH AFFIRMATIVE DEFENSE

517.   Claimant reserves the right to assert other affirmative defenses that become appropriate after discovery.

WHEREFORE, Claimant prays as follows:

1.     That Plaintiff United States not prevail as to Claimant's interest in the Defendant Asset;

2.     That the Court rule on all questions raised by this pleading, and issue findings of fact and conclusions of law;

3.     That Claimant be awarded reasonable costs and attorney's fees by Plaintiff United States of America pursuant to the Civil Asset Reform Act and the Local Rules of this Court;

4.     For such other and further relief as the Court deems just and proper.


DATED:  October 14, 2016          THEODORA ORINGHER PC



By:    /s/ David A. Kettel
       _____
       David A. Kettel
       Attorneys for Claimant BOARD OF
       MANAGERS OF THE WALKER
       TOWER CONDOMINIUM, aka
       RESIDENTIAL SECTION OF THE
       WALKER TOWER CODOMINIUM

1

## **DEMAND FOR JURY TRIAL**

2

Claimant demands a trial by jury as to all issues so triable.

3

4 DATED:  October 14, 2016          THEODORA ORINGHER PC

5

6

7                                               By:    /s/ David A. Kettel

8                                                       David A. Kettel
                                                       Attorneys for Claimant BOARD OF
9                                                       MANAGERS OF THE WALKER
                                                       TOWER CONDOMINIUM, aka
10                                                      RESIDENTIAL SECTION O F THE
                                                       WALKER TOWER CONDOMINIUM
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **VERIFICATION**

I have read the foregoing Claimant Board of Managers of the Walker Tower Condominium, aka Residential Section of the Walker Tower Condominium's Answer to Verified Complaint for Forfeiture *In Rem* and know its contents.

I am President of the Board of Managers of the Walker Tower Condominium, aka Residential Section of the Walker Tower Condominium. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October  7, 2016, at New York, New York.

_____
PENELOPE MARZULLI

BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM'S
ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE