UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 16-5376 DSF (PLAx) | Date | 10/25/16 |
| Title | United States v. Real Property Located in New York, New York | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order re Anonymity of "S.A.K.A."

The Court has reviewed the responses to the order to show cause re the anonymity of "S.A.K.A." The Court finds no good cause to allow "S.A.K.A." to remain anonymous in this action. All documents filed in this action that refer to "S.A.K.A." will include her true and correct name.

IT IS SO ORDERED.