Peter N. Villar, Bar No. 204038
TROUTMAN SANDERS LLP
peter.villar@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Sharie A. Brown, *Pro Hac Vice*
sharie.brown@troutmansanders.com
TROUTMAN SANDERS LLP
401 9th Street, N. W. Suite 1000
Washington, D.C. 20004-2134
Telephone: 202.274.2950
Facsimile: 202.274.2994

Attorneys for Claimants
212 West 18th Street LLC, Atlantic Property Trust, and Minor Children Beneficiaries through their guardian

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED IN NEW YORK, NEW YORK,<br><br>Defendant.<br><br>212 WEST 18TH STREET LLC,<br><br>Titleholder. | Case No. 2:16-CV-05376-DSF-PLA<br><br>Honorable Dale S. Fischer<br><br>**REVISED PETITION OF SAFEYA AHMED KULAIB AL HAMELI FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR CHILDREN** |

Pursuant to the Court's Minute Order dated December 13, 2016, Petitioner Safeya Ahmed Kulaib Al Hameli ("Petitioner") hereby submits this Revised Petition for Appointment as Guardian Ad Litem for her four minor children under Federal Rule of Civil Procedure 17(c)(2) and Local Rule 17-1.1 as follows:

1. Petitioner is the natural mother of Mo.Q., Ab.Q., Al.Q., and Ma.Q. (the "minor children").

2. The date of birth of Mo.Q. is 10/8/2004.

3. The date of birth of Ab.Q. is 12/3/2006.

4. The date of birth of Al.Q. is 4/23/2008.

5. The date of birth of Ma.Q. is 10/31/2012.

6. The minor children are beneficiaries of the Atlantic Property Trust, formerly known as The Al Qubaisi Walker Tower Trust created on December 15, 2013 (the "Trust").

7. The Trust is the sole member of 212 West 18th Street LLC, a Delaware Limited Liability Company, which is the titleholder and 100% owner of the condominium unit comprising the penthouse of the building located at 212 West 18th Street, New York, New York, 10011 (the "Defendant Property"), and is further described in Attachment A to the Verified Complaint for Forfeiture *In Rem*.

8. As beneficiaries of the Trust, the minor children are beneficial owners of the Defendant Property.

9. The minor children have no general guardian other than Petitioner as parent, and no previous petition for appointment of guardian ad litem has been filed in this action.

10. Petitioner is competent and willing to act as guardian ad litem for the minor children.

WHEREFORE, Petitioner requests that she be appointed as guardian ad litem for the minor children.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 14, 2016

Safeya Ahmed Kulaib Al Hameli