DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER
Chief, International Unit
WOO S. LEE, Deputy Chief, International Unit
BARBARA LEVY, Trial Attorney
JOSHUA SOHN, Trial Attorney
Criminal Division
United States Department of Justice
   1400 New York Avenue, N.W., 10th Floor
   Washington, D.C. 20530
   Telephone: (202) 514-1263
   Email: Woo.Lee@usdoj.gov
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
MICHAEL R. SEW HOY (CBN: 243391)
Assistant United States Attorneys
Asset Forfeiture Section
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-3391/(213) 894-3314
   Facsimile: (213) 894-0142
   Email: John.Kucera@usdoj.gov
         Michael.R.Sew.Hoy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>REAL PROPERTY LOCATED IN NEW YORK, NEW YORK<br><br>      Defendants. | No. CV 16-5376-DSF (PLAx)<br><br>NOTICE OF RECORDED ORDER EXTENDING THE GOVERNMENT'S LIS PENDENS AN ADDITIONAL THREE YEARS |

Pursuant to New York Consolidated Law, Civil Practice Laws and Rules § 6513, Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys John J. Kucera and Michael R. Sew Hoy, hereby file with the Court a copy of its Order for Extension of Lis Pendens ("Order") filed with the Office of the County Recorder for New York County, New York. A copy of the filed Order is attached hereto as Exhibit A.

Dated: July 24, 2019

Respectfully submitted,

DEBORAH CONNOR
Chief, AFMLS

NICOLA T. HANNA
United States Attorney

_____/s/Michael R. Sew Hoy_____
JOHN J. KUCERA
MICHAEL R. SEW HOY
Assistant United States Attorneys

WOO S. LEE
Deputy Chief, MLARS
JONATHAN BAUM
BARBARA LEVY
JOSHUA L. SOHN
Trial Attorneys, MLARS

Attorneys for Plaintiff
UNITED STATES OF AMERICA