COPY

Name:   Shannen Beckman
        Senior Paralegal

MAILING
ADDRESS:        312 N. Spring St., 14th Floor
CITY, STATE,    Los Angeles, CA
ZIP CODE:       90012

County of New York
60 Centre Street, Room 109B
Judgment Lien Docketing
New York, NY  10007

FILED
COUNTY CLERK
N.Y. COUNTY

2019 JUN 20 PH 2: 38

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

### Order Extending Recorded Lis Pendens

### U.S. v. Real Property Located in New York, New York, CV 16-5376-DSF (PLAx)

**Address of property:**                              **, New York, NY 10011,**
                      **Block 767, Lot 1556**

3                                                                  Exhibit A

1  Block 767, Lot 1556 be and the same is hereby extended, pursuant to
2  NY CPLR § 6513, until July 20, 2022.
3
4      IT IS SO ORDERED.
5  DATED:  June 11, 2019
6                                    _____
                                      Honorable Dale S. Fischer
7                                     UNITED STATES DISTRICT JUDGE
8  Presented by:
9  DEBORAH CONNOR, Chief
   Money Laundering and Asset Recovery Section (MLARS)
10 United States Department of Justice
   WOO S. LEE
11 JONATHAN BAUM
   BARBARA LEVY
12 Criminal Division
   U.S. Department of Justice
13
14 NICOLA T. HANNA
   United States Attorney
15 LAWRENCE S. MIDDLETON
   Assistant United States Attorney
16 Chief, Criminal Division
17 STEVEN R. WELK
   Assistant United States Attorney
18 Chief, Asset Forfeiture Section
19    /s/John J. Kucera
   _____
20 JOHN J. KUCERA
   MICHAEL R. SEW HOY
21 Assistant United States Attorneys
22 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
23
24
25
26
27
28

                                    4                        Exhibit A

FILED
COUNTY CLERK
N.Y. COUNTY
2019 JUN 20 PM 2:30

I hereby attest and certify on 6·12·2019 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Derek Davis
DEPUTY CLERK



(1099)

5   Exhibit A