**DECLARATION OF DAVID A. KETTEL**

I, DAVID A. KETTEL, declare as follows:

1. I am an active member of the Bar of the State of California and Of Counsel to Theodora Oringher PC, attorneys of record for claimant Board of Managers of the Walker Tower Condominium, a/k/a Residential Section of the Walker Tower Condominium (the "Board of Managers"). Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. I am executing this declaration in support of the joint *ex parte* application by the United States ("Government") and Board of Managers (together with the Government, the "Movants") to amend the order ("Interlocutory Sale Order") issued by the Court on July 3, 2019 for an interlocutory sale of the real property located at 212 West 18th Street, Unit PH1, New York, NY 10011 (Block 767, Lot 1556 located in Manhattan Borough) ("Defendant Real Property"), pursuant to 18 U.S.C. §§ 981(g)(6) and 983(j).

3. The outstanding fees owed by the titleholder of the Defendant Real Property, claimant 212 West 18th Street LLC ("Titleholder") to the Board of Managers began accruing on or about June 1, 2016. No payments have been made by the Titleholder to the Board of Managers since May 2016.

4. On or about August 1, 2016, the Board of Managers recorded a "Lien for Common Charges" against the Titleholder, as Instrument No.:2016080400222001 in the Office of the City Register of the City of New York. The lien is a continuing lien

1

which includes any additional charges that accrue after the filing date of the lien.

5. As of March 10, 2020, the Titleholder owes approximately $600,000 to the Board of Managers in outstanding common charges, late fees, interest, repair fees, and attorney's fees incurred as a result of the Board of Manager's attempt to collect unpaid common charges.

6. The Walker Tower Condominium Association is composed of 47 residential units. As a result of the Titleholder's delinquency in paying the outstanding fees to the Board of Managers, the other residents of Walker Tower Condominium have had to proportionally bear additional costs. To date, each residential unit has had to bear anywhere from $5,872.86 to $31,399.40 in additional costs, depending on the square footage of the particular unit, for a total of $598,388.66.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Executed March 16, 2020, in Los Angeles, California

/s/ David A. Kettel
DAVID A. KETTEL