**DECLARATION OF BARBARA Y. LEVY**

I, BARBARA Y. LEVY, declare as follows:

1. I am a trial attorney in the Money Laundering and Asset Recovery Section of the U.S. Department of Justice's Criminal Division. The matters set forth herein are based on information available from the official government files of this case as well as my own personal knowledge of this case.

2. This declaration is executed by me in support of the joint *ex parte* application by the United States ("Government") and claimant Board of Managers of the Walker Tower Condominium, a/k/a Residential Section of the Walker Tower Condominium (the "Board of Managers")(together with the Government, the "Movants") to amend the order ("Interlocutory Sale Order") issued by the Court on July 3, 2019 for an interlocutory sale of the real property located at 212 West 18th Street, Unit PH1, New York, NY 10011 (Block 767, Lot 1556 located in Manhattan Borough) ("Defendant Real Property"), pursuant to 18 U.S.C. §§ 981(g)(6) and 983(j).

3. Since the entry of the Interlocutory Sale Order, CORE Real Estate ("CORE"), the listing agency for the Defendant Real Property, has actively marketed the Defendant Real Property, and provided the parties with regular updates for the Defendant Real Property, including marketing efforts, formal offers, and indications of interest by potential buyers.

4. CORE has advised that, since the entry of the Interlocutory Sale Order, there have been approximately three formal offers on the Defendant Real Property, all of which have been well below the listing price. Each of these offers has

been lower than the previous one.  The current offer was initially extended in November 2019, was reduced by $2 million in February 2020 due to current market conditions, and is only available for approximately one week.

5. In January 2020, CORE advised counsel for the Government that the Defendant Real Property was falling into a state of disrepair, and that one prospective buyer had a difficult time staying inside.  CORE also notified counsel for the Government that they had observed cockroaches, a plumbing leak, and odor coming from the toilets.

6. Based on the information provided to the Government by CORE, including an analysis of the sales prices for other comparable real properties in Manhattan, and a summary of the traffic and marketing reports for the Defendant Real Property, the current offer appears to be the highest available reasonable offer in light of current market conditions.

7. During February and March 2020, counsel for the Government conferred with counsel for claimants 212 West 18th Street LLC, Atlantic Property Trust, and Minor Children Beneficiaries, through their guardian Safeya Ahmed Kulaib Al Hameli (collectively, the "Qubaisi Claimants") regarding the Offer.

8. On or about March 9, 2020, counsel for the Qubaisi Claimants told counsel for the Government that the Qubaisi Claimants would not consent to the Offer, and did not provide an explanation for their objection.

9. Counsel for the Qubaisi Claimants have previously informed counsel for the Government that the Qubaisi Claimants

do not intend to pay any of the outstanding taxes or fees owed to the Board of Managers except out of the proceeds of any interlocutory sale.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Executed March 16, 2020, in Washington, D.C.

/s/ Barbara Y. Levy
BARBARA Y. LEVY