UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>REAL PROPERTY LOCATED IN NEW YORK, NEW YORK,<br><br>　　　　Defendant.<br><br>212 West 18th Street LLC,<br><br>　　　　Titleholder. | ) No. 2:16-CV-5376-DSF (PLAx)<br>)<br>)<br>)<br>) [PROPOSED] **AMENDED ORDER FOR**<br>) **INTERLOCUTORY SALE AND**<br>) **SUBSTITUTE RES PURSUANT TO 18**<br>) **U.S.C. §§ 981 (g)(6) and 983(j)**<br>)<br>)<br>)<br>)<br>)<br>) |

　　Based on Plaintiff United States of America's ("Government") and Claimant Board of Managers of the Walker Tower Condominium, a/k/a Residential Section of the Walker Tower Condominium's ("Board of Managers," and together with the Government, "Movants") joint *ex parte* application to amend the interlocutory sale order for the Defendant Real Property Located in New York, New York, and for good cause shown, the Movants' *ex parte* application is granted.  It is HEREBY ORDERED THAT:

　　1. The Government shall have sole discretion to accept the highest available reasonable price for the interlocutory sale of the Defendant Real Property;

1

2. All amounts currently due and owing to the Board of Managers shall be paid out of the proceeds of the interlocutory sale of the Defendant Real Property;

3. All other sale terms and procedures as outlined in the Court's Order for Interlocutory Sale of the Defendant Real Property (DN 88) shall remain in effect; and

4. The Court shall retain jurisdiction to enforce the terms of this Order and amend it as necessary.

**IT IS SO ORDERED.**

DATED: _____, 2020        _____
                                         HONORABLE DALE S. FISCHER
                                         UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section (MLARS)
United States Department of Justice
WOO. S LEE
JONATHAN BAUM
BARBARA LEVY
Criminal Division
U.S. Department of Justice
NICOLA T. HANNA
United States Attorney
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Barbara Y. Levy
BARBARA Y. LEVY
Trial Attorney, MLARS
JOHN J. KUCERA
MICHAEL R. SEW HOY
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA