DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER, Chief, International Unit
WOO S. LEE, Deputy Chief, International Unit
JOSHUA SOHN, Trial Attorney
JONATHAN BAUM, Trial Attorney
BARBARA LEVY, Trial Attorney
Criminal Division
United States Department of Justice
    1400 New York Avenue, N.W., 10th Floor
    Washington, D.C. 20530
    Telephone: (202) 514-1263
    Email:  Woo.Lee@usdoj.gov

NICOLA T. HANNA
United States Attorney
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
MICHAEL R. SEW HOY (CBN: 243391)
Assistant United States Attorneys
Asset Forfeiture Section
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-3391/3314
    Facsimile: (213) 894-0142
    Email: John.Kucera@usdoj.gov
        Michael.R.Sew.Hoy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>REAL PROPERTY LOCATED IN NEW YORK, NEW YORK,<br><br>        Defendant.<br><hr>212 West 18th Street LLC,<br><br>        Titleholder. | No. CV 16-05376-DSF (PLAx)<br><br>**NOTICE OF ERRATA TO CORRECT THE [PROPOSED] AMENDED ORDER FOR INTERLOCUTORY SALE AND SUBSTITUTE RES PURSUANT TO 18 U.S.C. §§ 981(g)(6) AND 983(j)** |

On March 16, 2020, the government filed a Joint Ex Parte Application to Amend Order for Interlocutory Sale and Substitute <u>Res</u> with a Proposed Order (DN 93).  The government inadvertently filed the incorrect Proposed Order.  The government is lodging a corrected Proposed Order contemporaneously with this notice.

Dated: March 17, 2020         Respectfully submitted,

DEBORAH CONNOR
Chief, Money Laundering and Asset
Recovery Section (MLARS)

NICOLA T. HANNA
United States Attorney


 /s/*Barbara Y. Levy*
JOHN J. KUCERA
MICHAEL R. SEW HOY
Assistant United States Attorneys

WOO S. LEE
Deputy Chief, MLARS
BARBARA LEVY
Trial Attorney, MLARS

Attorneys for Plaintiff
UNITED STATES OF AMERICA