UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>REAL PROPERTY LOCATED IN NEW YORK, NEW YORK,<br><br>       Defendant.<br><br>212 West 18th Street LLC,<br><br>       Titleholder. | No. 2:16-CV-5376-DSF (PLAx)<br><br>[PROPOSED] **AMENDED ORDER FOR INTERLOCUTORY SALE AND SUBSTITUTE RES PURSUANT TO 18 U.S.C. §§ 981 (g)(6) and 983(j)** |

    Based on Plaintiff United States of America's ("Government") and Claimant Board of Managers of the Walker Tower Condominium, a/k/a Residential Section of the Walker Tower Condominium's ("Board of Managers," and together with the Government, "Movants") joint *ex parte* application to amend the interlocutory sale order for the Defendant Real Property Located in New York, New York, and for good cause shown, the Movants' *ex parte* application is granted. It is HEREBY ORDERED THAT:

    1. The Government shall have sole discretion to accept the offer ("Offer") described in Movants' application or any offer that is within twenty-five (25) percent of the

1        value of the Offer for the interlocutory sale of the
2        Defendant Real Property;
3    2. All amounts currently due and owing to the Board of
4        Managers shall be paid out of the proceeds of the
5        interlocutory sale of the Defendant Real Property;
6    3. All other sale terms and procedures as outlined in the
7        Court's Order for Interlocutory Sale of the Defendant
8        Real Property (DN 88) shall remain in effect; and
9    4. The Court shall retain jurisdiction to enforce the terms
10       of this Order and amend it as necessary.

**IT IS SO ORDERED.**

DATED: _____, 2020        _____
                                     HONORABLE DALE S. FISCHER
                                     UNITED STATES DISTRICT JUDGE