# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>              v.<br><br>REAL PROPERTY LOCATED IN<br>NEW YORK, NEW YORK,<br>       Defendant. | CV 16-5376 DSF (PLAx)<br><br>Order re Ex Parte Application to Amend Order for Interlocutory Sale |

   It is evident to the Court that time is of the essence in this matter. However, neither party has provided adequate information on which the Court can make a decision.  The Beare declaration is somewhat conclusory and does not provide the Court with sufficient confidence that the current offer is reasonable.  Claimants' opposition provides no evidence at all and rests Claimants' refusal to agree to the sale on a blank assertion that the price "is inconsistent with the offer history and . . . the present offer is unreasonably low."

   Both parties are ordered to file supplemental declarations to support their beliefs about the value of the Defendant property no later than 10:00 a.m., March 19, 2020.

   IT IS SO ORDERED.

Date: March 17, 2020

_____
Dale S. Fischer
United States District Judge