UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:16-CV-5376-DSF (PLAx) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING GOVERNMENT'S EX** |
| | ) **PARTE APPLICATION FOR LEAVE TO** |
| REAL PROPERTY LOCATED IN NEW YORK, NEW YORK, | ) **FILE DECLARATION OF EMILY BEARE** |
| | ) **IN SUPPORT OF THE JOINT EX** |
| | ) **PARTE APPLICATION TO AMEND** |
| Defendant. | ) **ORDER FOR INTERLOCUTORY SALE** |
| | ) **AND SUBSTITUTE RES** |
| 212 West 18th Street LLC, | ) |
| Titleholder. | ) |

//

//

//

1

1    For good cause shown, IT IS HEREBY ORDERED THAT:

2    The government's *Ex Parte* Application for Leave to File the
3    Declaration of Emily Beare in Support of the Government's Joint
4    *Ex Parte* Application to Amend Order for Interlocutory Sale and
5    Substitute Res will be filed and kept under seal until further
6    order of the Court.

7    IT IS SO ORDERED.

8    DATED: March 17, 2020

9    _____
     Honorable Dale S. Fischer
10   UNITED STATES DISTRICT JUDGE

12   PRESENTED BY:

13   DEBORAH CONNOR, Chief
     Money Laundering and Asset Recovery Section (MLARS)
14   United States Department of Justice
15   WOO. S LEE
     JONATHAN BAUM
16   BARBARA LEVY
     Criminal Division
17   U.S. Department of Justice
     NICOLA T. HANNA
18   United States Attorney
19   STEVEN R. WELK
     Assistant United States Attorney
20   Chief, Asset Forfeiture Section

21   /s/ Barbara Y. Levy
22   BARBARA Y. LEVY
     Trial Attorney, MLARS
23   JOHN J. KUCERA
24   MICHAEL R. SEW HOY
     Assistant United States Attorneys

25
     Attorneys for Plaintiff
26   UNITED STATES OF AMERICA

2