DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER, Chief, International Unit
WOO S. LEE, Deputy Chief, International Unit
JOSHUA SOHN, Trial Attorney
JONATHAN BAUM, Trial Attorney
BARBARA LEVY, Trial Attorney
Criminal Division
United States Department of Justice
    1400 New York Avenue, N.W., 10th Floor
    Washington, D.C. 20530
    Telephone: (202) 514-1263
    Email:  Woo.Lee@usdoj.gov

NICOLA T. HANNA
United States Attorney
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
MICHAEL R. SEW HOY (CBN: 243391)
Assistant United States Attorneys
Asset Forfeiture Section
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-3391/3314
    Facsimile: (213) 894-0142
    Email: John.Kucera@usdoj.gov
        Michael.R.Sew.Hoy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>REAL PROPERTY LOCATED IN NEW YORK, NEW YORK,<br><br>        Defendant. | No. CV 16-5376-DSF (PLAx)<br><br>DECLARATION OF EMILY BEARE IN SUPPORT OF JOINT EX PARTE APPLICATION TO AMEND ORDER FOR INTERLOCUTORY SALE AND SUBSTITUTE RES<br><br>**[FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MARCH 17, 2020]** |

//

1

**DECLARATION OF EMILY BEARE**

I, EMILY BEARE, declare as follows:

1. I am a licensed associate real estate broker in the State of New York, and a Real Estate Board of New York ("REBNY") – Board Certified New York Residential Specialist. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. This declaration is executed by me in support of the joint *ex parte* application by the United States ("Government") and Board of Managers(together with the Government, the "Movants") to amend the order ("Interlocutory Sale Order") issued by the Court on July 3, 2019 for an interlocutory sale of the real property located at 212 West 18th Street, Unit PH1, New York, NY 10011 (Block 767, Lot 1556 located in Manhattan Borough) ("Defendant Real Property"), pursuant to 18 U.S.C. §§ 981(g)(6) and 983(j).

3. I am the licensed real estate broker retained by the parties in this action to list and market the Defendant Real Property. I have experience selling properties, including in Manhattan Borough, where the Defendant Real Property is located.

4. There is currently an offer of $23 million for the purchase of the Defendant Real Property. Upon information and belief, this offer will be rescinded if it is not accepted within approximately one week.

5. Based on my experience selling properties in Manhattan Borough, an analysis of the sales prices for other comparable real properties in Manhattan, my understanding of current

housing market conditions in Manhattan, and the conversations I have had with brokers and prospective buyers for the Defendant Real Property to date, the current offer of $23 million is the highest available reasonable offer for the property.

    I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

    Executed March 16, 2020, in New York, New York

    */s/ Emily Beare*
    EMILY BEARE