1  DEBORAH CONNOR, Chief
   Money Laundering and Asset Recovery Section (MLARS)
2  MARY BUTLER, Chief, International Unit
   WOO S. LEE, Deputy Chief, International Unit
3  JOSHUA SOHN, Trial Attorney
   JONATHAN BAUM, Trial Attorney
4  BARBARA LEVY, Trial Attorney
   Criminal Division
5  United States Department of Justice
       1400 New York Avenue, N.W., 10th Floor
6      Washington, D.C. 20530
       Telephone: (202) 514-1263
7      Email:  Woo.Lee@usdoj.gov

8  NICOLA T. HANNA
   United States Attorney
9  STEVEN R. WELK
   Assistant United States Attorney
10 Chief, Asset Forfeiture Section
   JOHN J. KUCERA (CBN: 274184)
11 MICHAEL R. SEW HOY (CBN: 243391)
   Assistant United States Attorneys
12 Asset Forfeiture Section
       312 North Spring Street, 14th Floor
13     Los Angeles, California 90012
       Telephone: (213) 894-3391/3314
14     Facsimile: (213) 894-0142
       Email: John.Kucera@usdoj.gov
15             Michael.R.Sew.Hoy@usdoj.gov

16 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

17

18                    UNITED STATES DISTRICT COURT

19            FOR THE CENTRAL DISTRICT OF CALIFORNIA

20 | UNITED STATES OF AMERICA, | No. CV 16-5376-DSF (PLAx) |
21 |          Plaintiff, | DECLARATION OF DAVID KETTEL IN SUPPORT OF JOINT EX PARTE |
22 |             v. | APPLICATION TO AMEND ORDER FOR INTERLOCUTORY SALE AND |
23 | REAL PROPERTY LOCATED IN NEW YORK, NEW YORK, | SUBSTITUTE RES |
24 |  | **[FILED UNDER SEAL PURSUANT TO** |
25 |          Defendant. | **ORDER OF THE COURT DATED MARCH 18, 2020]** |
26

27

28 //

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF DAVID A. KETTEL

I, DAVID A. KETTEL, declare as follows:

1.    I am an active member of the Bar of the State of California and Of Counsel to Theodora Oringher PC, attorneys of record for claimant Board of Managers of the Walker Tower Condominium, a/k/a Residential Section of the Walker Tower Condominium (the "Board of Managers").  I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2.    I am former Assistant United States Attorney for the Central District of California.  While there, I worked first in the General Crimes and Complaints sections, then was assigned to the Asset Forfeiture section followed by the Organized Crime Drug Enforcement Task Force.

3.    The Board of Managers has been my client since mid-2016.  In November of 2018, I personally visited the defendant real property and was given a tour of the empty penthouse by Penelope Marzulli, the President of the Board of Managers, and Eileen Shields, the Walker Tower Condominium on-site Property Manager from Douglas Elliman Property Management.  Ms. Marzulli and her husband own a unit in the Walker Tower Condominium. During the tour I observed ceiling cracks due to water damage and at least one non-functioning toilet. I also got a general sense that the defendant property generally needed all of its finishes upgraded.

4.    I am executing this supplemental declaration in support of the joint *ex parte* application by the United States

1  ("Government") and Board of Managers(together with the

2  Government, the "Movants") to amend the order ("Interlocutory

3  Sale Order") issued by the Court on July 3, 2019 for an

4  interlocutory sale of the real property located at 212 West 18th

5  Street, Unit PH1, New York, NY 10011 (Block 767, Lot 1556

6  located in Manhattan Borough) ("Defendant Real Property"),

7  pursuant to 18 U.S.C. §§ 981(g)(6) and 983(j).

8      5.   It is my understanding that there is an outstanding

9  offer to purchase the defendant real property for $2 million

10 less than the potential buyer's last offer.  Both Ms. Marzulli,

11 who lives in the building, and Ms. Shields, whose office is

12 housed in the building, both told me they believe the offer is

13 reasonable given the current market conditions for high-end

14 properties in New York City.

15     6.   Emily Beare of CORE Real Estate is the listing agent

16 for the defendant real property.  Ms. Beare is an extremely

17 respected and experienced top-producing broker of luxury real

18 estate, and has represented many sellers of units in the Walker

19 Tower Condominium.  Based upon my representation of the Board of

20 Managers since 2016, I know that Ms. Beare has worked extremely

21 hard marketing the defendant property in order to maximize the

22 sale price, even before the Court issued the Interlocutory Sale

23 Order.

24 / /

25 / /

26

27

28

1199660.1/08000.05001                    3

1

2        I declare under penalty of perjury under the laws of the

3   United States of America that to the best of my knowledge the

4   foregoing is true and correct.

5        Executed March 18, 2020, in Rancho Mirage, California

6

7                                      */s/ David A. Kettel*
                                       DAVID A. KETTEL

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28