# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>            v.<br><br>REAL PROPERTY LOCATED IN<br>NEW YORK, NEW YORK,<br>    Defendant. | CV 16-5376 DSF (PLAx)<br><br>Order GRANTING Ex Parte<br>Application to Amend Order for<br>Interlocutory Sale |

    After review of the supplemental declarations, it is evident to the Court that there is good cause to grant the government's ex parte application in order to maximize the value of the res. See Rule G(7)(b)(1)(D). Claimants have essentially admitted that they have no information to counter the evidence produced by the government other than the fact that the property was purchased and originally listed for more than the proposed sale price.

    The ex parte application is GRANTED and the Court will sign the proposed order.

    IT IS SO ORDERED.

Date: March 19, 2020

_____
Dale S. Fischer
United States District Judge