UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>REAL PROPERTY LOCATED IN NEW YORK, NEW YORK,<br><br>    Defendant.<br><br>212 West 18th Street LLC,<br><br>    Titleholder. | No. 2:16-CV-5376-DSF (PLAx)<br><br>**AMENDED ORDER FOR INTERLOCUTORY SALE AND SUBSTITUTE RES PURSUANT TO 18 U.S.C. §§ 981(g)(6) and 983(j)** |

    Based on Plaintiff United States of America's ("Government") and Claimant Board of Managers of the Walker Tower Condominium, a/k/a Residential Section of the Walker Tower Condominium's ("Board of Managers," and together with the Government, "Movants") joint *ex parte* application to amend the interlocutory sale order for the Defendant Real Property Located in New York, New York, and for good cause shown, the Movants' *ex parte* application is granted.  It is HEREBY ORDERED THAT:

    1. The Government shall have sole discretion to accept the offer ("Offer") described in Movants' application or any offer that is within twenty-five (25) percent of the

1

      value of the Offer for the interlocutory sale of the Defendant Real Property;

2. All amounts currently due and owing to the Board of Managers shall be paid out of the proceeds of the interlocutory sale of the Defendant Real Property;

3. All other sale terms and procedures as outlined in the Court's Order for Interlocutory Sale of the Defendant Real Property (DN 88) shall remain in effect; and

4. The Court shall retain jurisdiction to enforce the terms of this Order and amend it as necessary.

IT IS SO ORDERED.

DATED:  March 19, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE