DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER, Chief, International Unit
WOO S. LEE, Deputy Chief, International Unit
BARBARA Y. LEVY, Trial Attorney
JOSHUA L. SOHN, Trial Attorney
JONATHAN BAUM, Sr. Trial Attorney
Criminal Division
United States Department of Justice
  1400 New York Avenue, N.W., 10th Floor
  Washington, D.C. 20530
  Telephone: (202) 514-1263
  Email:  Woo.Lee@usdoj.gov
NICOLA T. HANNA
United States Attorney
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
MICHAEL SEW HOY (CBN: 243391)
Assistant United States Attorneys
Asset Forfeiture Section
  312 North Spring Street, 14th Floor
  Los Angeles, California 90012
  Telephone:  (213) 894-3391/3314
  Facsimile:  (213) 894-0142
Email: John.Kucera@usdoj.gov
       Michael.R.Sew.Hoy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-CV-5376-DSF (PLAx) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND REQUEST TO LIFT STAY FOR PURPOSE OF FILING STIPULATION FOR CONSENT JUDGMENT OF FORFEITURE, AND LODGING [PROPOSED] CONSENT JUDGMENT OF FORFEITURE** |
| REAL PROPERTY LOCATED IN NEW YORK, NEW YORK, | |
| Defendant. | [Proposed] order lifting stay lodged concurrently herewith]] |
| 212 WEST 18TH STREET LLC, ATLANTIC PROPERTY TRUST, GUARDIAN AD LITEM FOR MINOR CHILDREN BENEFICIARIES, and BOARD OF MANAGERS OF THE | |

WALKER TOWER CONDOMINIUM, A/K/A
RESIDENTIAL SECTION OF THE WALKER
TOWER CONDOMINIUM,

           Claimants.

       Counsel for Plaintiff United States of America (the "government") and Claimants 212 West 18th Street LLC, Atlantic Property Trust, Minor Children Beneficiaries[1] through their guardian Safeya Ahmed Kulaib Al Hameli ("S.A.K.A."), and the Board of Managers of the Walker Tower Condominium, a/k/a Residential Section of the Walker Tower Condominium, stipulate and request that the stay in this action be lifted and that this case be restored to the Court's active calendar.

       On August 10, 2017, the government filed a motion to stay this civil forfeiture action pursuant to 18 U.S.C. § 981(g)(1) (DN 57), which request was granted by the Court on September 13, 2017 (DN 62).  The stay order applied to all proceedings except the filing of timely claims.  (DN 62).

/ / /

/ / /

---

      [1]  Pursuant to Fed. R. Civ. P. 5.2 and Local Rule 5.2-1, the Minor Children Beneficiaries are identified by their initials Mo.Q., Ab.Q., Al.Q., and Ma.Q.

By this stipulation, the parties respectfully request that the stay of this action be lifted and that this case be restored to the Court's active calendar for the purpose of allowing the government to file a stipulation and request for entry of consent judgment of forfeiture, and lodge a proposed consent judgment.  The proposed consent judgment, if entered, will be dispositive of this action.

Dated: May 5, 2020                    Respectfully submitted,

                                      DEBORAH CONNOR
                                      Chief, MLARS

                                      NICOLA T. HANNA
                                      United States Attorney

                                        /s/ *Barbara Levy*
                                      JOHN J. KUCERA
                                      MICHAEL R. SEW HOY
                                      Assistant United States Attorneys

                                      BARBARA Y. LEVY
                                      Trial Attorney, MLARS

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

Dated: May 5, 2020                      /s/(per e-mail confirmation)
                                      PETER N. VILLAR
                                      SHARIE A. BROWN
                                      Troutman Sanders LLP
                                      Attorneys for Claimants
                                      212 West 18th Street LLC, Atlantic Property Trust,
                                      and Guardian Ad Litem for Minor Children
                                      Beneficiaries

Dated: May 5, 2020                      /s/(per e-mail confirmation)
                                      DAVID KETTEL
                                      Theodora Oringher PC
                                      Attorneys for Claimant
                                      Board of Managers of the Walker Tower
                                      Condominium, a/k/a Residential Section of the
                                      Walker Tower Condominium