UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED IN NEW YORK, NEW YORK,<br><br>    Defendant.<br><br>212 WEST 18TH STREET LLC, ATLANTIC PROPERTY TRUST, GUARDIAN AD LITEM FOR MINOR CHILDREN BENEFICIARIES, and BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM, A/K/A RESIDENTIAL SECTION OF THE WALKER TOWER CONDOMINIUM,<br><br>    Claimants. | No. 2:16-CV-5376-DSF (PLAx)<br><br>**ORDER LIFTING STAY FOR THE PURPOSE OF FILING STIPULATION FOR CONSENT JUDGEMNT OF FORFEITURE** |

Plaintiff United States of America and Claimants 212 West 18th Street LLC, Atlantic Property Trust, Minor Children Beneficiaries[1] through their guardian Safeya Ahmed Kulaib Al Hameli ("S.A.K.A."), and the Board of Managers of the Walker Tower Condominium, a/k/a Residential

---

[1] Pursuant to Fed. R. Civ. P. 5.2 and Local Rule 5.2-1, the Minor Children Beneficiaries are identified by their initials Mo.Q., Ab.Q., Al.Q., and Ma.Q.

Section of the Walker Tower Condominium, have made a stipulated request for an order lifting the stay of this civil forfeiture action and restoring the case to the Court's active calendar.

Good cause appearing therefor, the stipulation is GRANTED. IT IS HEREBY ORDERED that the stay of this action is lifted and this case is restored to the Court's active calendar for the purpose of allowing the government to file a stipulation for consent judgment of forfeiture and lodge a proposed consent judgment.

IT IS SO ORDERED.

DATED: May 5, 2020

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBORAH CONNOR
Chief, Money Laundering and Asset Recovery Section (MLARS)

NICOLA T. HANNA
United States Attorney

/s/ *Barbara Levy*
JOHN J. KUCERA
MICHAEL R. SEW HOY
Assistant United States Attorneys
BARBARA Y. LEVY
Trial Attorney, MLARS

Attorneys for Plaintiff
UNITED STATES OF AMERICA