This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/the-justice-department-inked-a-deal-to-sell-1mdb-penthouse-for-64-off-the-condo-board-is-fighting-back-11592427639

PRIVATE PROPERTIES

# The Justice Department Inked a Deal to Sell 1MDB Penthouse for 64% Off. The Condo Board Is Fighting Back.

The board at Walker Tower plans to buy the formerly record-setting apartment for fear that the deal could hurt property values at the building



Walker Tower
PHOTO: CORE

By *Katherine Clarke*
June 17, 2020 5:00 pm ET

In 2014 a nearly 6,000-square-foot penthouse spanning the top floor of the luxury Manhattan condominium Walker Tower sold for $50.9 million, making it the priciest apartment ever sold downtown at the time.

A few weeks ago, the same unit went into contract for just $18.25 million, according to people familiar with the situation.

Now a battle is brewing over the property, which the U.S. Department of Justice is selling after seizing it as part of a civil forfeiture action related to the Malaysian 1MDB corruption scandal. In an effort to block the sale from going through at such a low price,

EXHIBIT A

6/25/2020 The Justice Department Inked a Deal to Sell 1MDB Penthouse for 64% Off; the Condo Board Is Fighting Back - WSJ

Case 2:16-cv-05376-DSF-PLA   Document 111-2   Filed 06/25/20   Page 2 of 4   Page ID #:1355

the Walker Tower condo board plans to exercise its right of first refusal, buying the condo itself for the same sum, then relisting it for more.

"The contract price can only be described as steeply distressed and unrealistic and one which could adversely affect the market value of other homes at Walker Tower," said David Berkey, an attorney for the condo board. "The board is acting in the best interests of all Walker Tower owners by exercising its right of first refusal."

He said the board plans to put the penthouse back on the market "to ensure that its value is recognized."

In response to a request for comment, a Justice Department spokesman directed The Wall Street Journal to a prior pleading in the case, showing that the Walker Tower condo board had previously agreed that the government would have sole discretion to accept an undisclosed offer, or any other price within 25% of that offer.



A bathroom at Walker Tower.
PHOTO: CORE

Despite the Covid-19 crisis, the market hasn't fallen enough to justify the Justice Department selling it for such a low price, said Vickey Barron, a resident of the building and a real-estate agent with Compass.

"We're all scratching our heads saying, 'How did this happen?'" said Ms. Barron. "What we're talking about is an almost 70% discount. It's almost like a sample sale. Walker Tower is not a sample sale."

The five-bedroom apartment has three wood-burning fireplaces, nearly 500 square feet of private terraces and 360-degree views of the Hudson River and the Statue of Liberty.

EXHIBIT A

6/25/2020　The Justice Department Inked a Deal to Sell 1MDB Penthouse for 64% Off. The Condo Board Is Fighting Back - WSJ

Case 2:16-cv-05376-DSF-PLA   Document 111-2   Filed 06/25/20   Page 3 of 4   Page ID #:1356

The unit had been purchased in 2014 by an entity known as 212 West 18th Street LLC. When the Justice Department moved to seize the condo, it alleged that the limited liability company was controlled by Abu Dhabi businessman Khadem Al Qubaisi and that he had purchased the unit with money illegally siphoned from Malaysian state fund 1Malaysia Development Bhd., known as 1MDB. The 1MDB fund was started by former Malaysian Prime Minister Najib Razak to encourage economic development, but more than $4.5 billion of its funds were misappropriated by high-level officials of 1MDB and their associates between 2009 and 2015, according to the Justice Department. Mr. Najib is on trial for money laundering and abuse-of-power charges relating to 1MDB. He has denied the charges.



Khadem Al Qubaisi

PHOTO: JUAN CARLOS HIDALGO/EPA/SHUTTERSTOCK

The penthouse was most recently listed for $35 million with Shaun Osher and Emily Beare of CORE, who didn't immediately respond to a request for comment. Mr. Berkey said

EXHIBIT A

6/25/2020 The Justice Department Inked a Deal to Sell 1MDB Penthouse for 64% Off. The Condo Board Is Fighting Back - WSJ

Case 2:16-cv-05376-DSF-PLA Document 111-2 Filed 06/25/20 Page 4 of 4 Page ID #:1357

before the pandemic, several prospective buyers had bid on the unit, but those offers weren't accepted by the Justice Department.

"The board and residents of Walker Tower respect the need for federal prosecutors to recover assets obtained illegally by participants in the 1MDB scandal," Mr. Berkey said. "The board has collaborated with Justice Department officials over the past several years in trying to negotiate a sale of Penthouse One to advance that effort."

It's not clear if the prospective buyer for the unit, who couldn't be identified, will fight the board's move to buy the property.

The board's move to exercise its right of first refusal is extremely rare in the New York real-estate world. Several agents told The Wall Street Journal they didn't recall a single instance of it in a luxury building in the past. In New York, the right of first refusal is commonly written into a condominium's bylaws to allow boards some control over who buys in the building and at what price. In the event that a board is unhappy with a deal, it has the option to buy the unit itself.

Industry experts said the $18.25 million price is below market value and Walker Tower is warranted in its concern.

When such a sale occurs, "it ricochets through the entire value system for the remaining units in the building," said New York agent Frances Katzen of Douglas Elliman, who is not involved in the deal. "It sends a very dangerous message to the market about values."

Another unit seized by authorities as part of the 1MDB investigation was a penthouse at the Time Warner Center in Midtown belonging to Jho Low, the young Malaysian financier at the center of the 1MDB scandal. That penthouse sold for $23 million in late May, short of the $30.55 million it traded for in 2011. Mr. Low has denied any wrongdoing.

**Write to** Katherine Clarke at <u>Katherine.Clarke@wsj.com</u>

Copyright © 2020 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.