UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED IN NEW YORK, NEW YORK.<br><br>Defendant. | No. 2:16-CV-5376-DSF (PLAx)<br><br>**ORDER GRANTING UNITED STATES OF AMERICA'S APPLICATION FOR LEAVE TO UNSEAL DECLARATIONS** |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's *Ex Parte* Application to Unseal Declarations is GRANTED and the Declaration of Emily Beare (the "Beare Declaration") (DN 100); the Supplemental Declaration of Emily Beare in support of the Notice of Joint *Ex Parte* Application to Amend Order for Interlocutory Sale and Substitute Res ("Supplemental Beare

///

///

Declaration") (DN 102); and the Declaration of David Kettel in Support of Joint Ex parte Application to Amend Order for Interlocutory Sale and Substitute Res ("Kettel Declaration") (DN 104) (collectively the "Declarations") are unsealed.

IT IS SO ORDERED.

DATED: June 30, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section (MLARS)
United States Department of Justice
WOO. S LEE
JONATHAN BAUM
BARBARA LEVY
Criminal Division
U.S. Department of Justice
NICOLA T. HANNA
United States Attorney
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ *Michael R. Sew Hoy*
BARBARA Y. LEVY
Trial Attorney, MLARS
JOHN J. KUCERA
MICHAEL R. SEW HOY
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2