1

2

3

4

5

6

7

8

9

10 **UNITED STATES DISTRICT COURT**

11 **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

12

| | |
|---|---|
| 13 UNITED STATES OF AMERICA, | Case No. CV-16-5376-DSF-PLA |
| 14        Plaintiff, | Ninth Circuit Case No. 20-55781 |
| 15     vs. | **ORDER TO CORRECT OMISSION IN RECORD ON APPEAL DUE TO CLERICAL ERROR** |
| 16 REAL PROPERTY LOCATED IN NEW YORK, NEW YORK, | |
| 17        Defendant. | **[FRAP 10(e)(2)(A)]** |
| 18 | |
| 19 BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM, | [No Hearing Required] |
| 20 aka RESIDENTIAL SECTION OF THE WALKER TOWER | |
| 21 CONDOMINIUM, | |
| 22        Claimant. | |

23

24

25

26

27

28

1    The Court is in receipt of the parties' Stipulation To Correct Omission in

2 Record On Appeal Due to Clerical Error (the "Stipulation").  The Stipulation was

3 entered into by the parties pursuant to Fed. R. App. P. 10(e)(2)(A) to correct the

4 record in connection with the appeal in this matter pending before the Ninth Circuit

5 Court of Appeals.

6    Fed. R. App. P. 10(2)(e)(2)(A) states that, upon stipulation of the parties, "[i]f

7 anything material to either party is omitted or misstated in the record by error or

8 accident, the omission or misstatement may be corrected and a supplemental record

9 may be certified and forwarded."  Pursuant to the statute and the Stipulation, the

10 record on appeal shall be corrected and supplemented to incorporate **Exhibit C-3**,

11 attached to the parties' Stipulation.  A full and complete copy of the document

12 comprising **Exhibit C-3** was inadvertently omitted from the record due to a clerical

13 error, and the exhibit is material to the appeal.  The supplemental record

14 incorporating **Exhibit C-3** is certified by this Court and shall be forwarded to the

15 Ninth Circuit Court of Appeals.

16

17    IT IS SO ORDERED.

18  DATED:  November 12, 2020

19 _____

20 Honorable Dale S. Fischer
   UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28