UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 13 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>BOARD OF MANAGERS OF THE WALKER TOWER CONDOMINIUM, AKA Residential Section of the Walker Tower Condominium,<br><br>   Claimant - Appellant,<br><br> and<br><br>S. A.K.A.; et al.,<br><br>   Claimants,<br><br> v.<br><br>REAL PROPERTY LOCATED IN NEW YORK, NEW YORK,<br><br>   Defendant. | No. 20-55781<br><br>D.C. No. 2:16-cv-05376-DSF-PLA<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered July 22, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7